UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   **Steven Bartel , ;** | **Defendant**(s): **The City of Tempe , ;** |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Anjali J. Patel ,** <br> Tyler Allen Law Firm <br> 4201 N. 24th. St., Suite 200 <br> Phoenix, Arizona  85016 <br> 602-995-3777 | , <br><br> , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties**(Diversity Cases Only)** | |
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **4 AZ corp or Principal place of Bus. in AZ** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **442 Employment** |
| VI.Cause of Action: | **Plaintiff, Steven Bartel brings this action against Defendant, City of Tempe, for violations of Title VII which prohibits discrimination against an individual "with respect to the individual's compensation, terms, conditions or privileges of employment because of the individual's race, color, religion, sex age or national origin. Plaintiff further brings this action against Defendant for violations of the ADEA and FLSA and Title IX, 20 U.S.C. §1681(a). Defendant, while Plaintiff's employer, discriminated against Plaintiff on the basis of Plaintiff's sex (male) and age (over 40) and retaliated against Plaintiff for his reports of same and for disclosing the Defendant's ongoing FLSA violations. Defendant retaliated against Plaintiff by falsely alleging misconduct and unsatisfactory performance, and then terminated Plaintiff in retaliation for his complaints just four (4) days after Plaintiff's meeting with Defendant's representatives regarding his complaint. Plaintiff has suffered damages including lost wages and emotional distress as a result of Defendant's actions.** |
| VII. Requested in Complaint  Class Action: | **No** |

Dollar Demand:

Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Anjali J. Patel</u>

**Date:** <u>9/20/2024</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014