# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Steven Bartel | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:24-cv-02519-MTM |
| The City of Tempe, an Arizona Municipal Corporation | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of Tempe
City Hall, 31 E. 5th St.
Tempe, Arizona 85281

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anjali J. Patel
Christina Locher

Tyler Allen Law Firm, PLLC
4201 N. 24th St., Suite 200
Phoenix, AZ 85016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
*Signature of Clerk*

ISSUED ON 6:38 am, Sep 30, 2024

s/ Debra D. Lucas, Clerk