# EXHIBIT B



| | U.S. Department of Justice |
|---|---|
| | Civil Rights Division |
| | NOTICE OF RIGHT TO SUE WITHIN 90 DAYS |

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

June 28, 2024

Mr. Steven Bartel
c/o Tyler Allen, Esquire
Tyler Allen Law Firm
4201 N. 24th Street
Phoenix, AZ  85016

Re:  EEOC Charge Against City of Tempe, et al.
   No. 540202401525

Dear Mr. Bartel:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Phoenix District Office, Phoenix, AZ.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                         Sincerely,

                                         Kristen Clarke
                                         Assistant Attorney General
                                         Civil Rights Division

                                     by     /s/ Karen L. Ferguson
                                         Karen L. Ferguson
                                         Supervisory Civil Rights Analyst
                                         Employment Litigation Section

cc: Phoenix District Office, EEOC
   City of Tempe, et al.