Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
602-456-0545 telephone
602-995-3999 fax
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br>　　　　　　　Plaintiff,<br>v.<br>The City of Tempe, an Arizona Municipal Corporation;<br>　　　　　　　Defendant. | No. **CV-24-2514-PHX-ESW**<br><br>**PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT WITH CONSENT** |

　　　　Notice is hereby given, by and through undersigned counsel and pursuant to Local Rule 15.1(b), that the parties, by and through their respective counsel, have conferred and consented to the filing of Plaintiff's Second Amended Complaint, which will be filed separately in conjunction with this notice.

　　　　A redlined copy of the amended complaint is attached hereto as <u>Exhibit A</u> in accordance with LRCiv 15.1(b).

　　　　**RESPECTFULLY SUBMITTED** this 20th day of November, 2024

　　　　　　　　　　　　　　　　　　　By: <u>/s/ Anjali J. Patel</u>
　　　　　　　　　　　　　　　　　　　　　Anjali J. Patel
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Steven Bartel*

## CERTIFICATION BY COUNSEL

I, Anjali J. Patel, counsel of record for the Plaintiff in this matter, hereby certify that Sarah Anchors, counsel for Defendant City of Tempe, on November 20, 2024, consented to the filing of Plaintiff's Second Amended Complaint via email.

By: /s/ Anjali J. Patel
Anjali J. Patel
*Attorney for Plaintiff Steven Bartel*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2024, I transmitted the attached document to the following via electronic mail:

Sarah Anchors
Tempe City Attorney's Office
21 E. Sixth St., #201
Tempe, Arizona 85281
Sarah_Anchors@tempe.gov
Attorney for Defendant

By: */s/ Chris Wisniewski*