Anjali J. Patel, SBN 028138
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
602-456-0545 telephone
602-995-3999 fax
anjali@allenlawaz.com
*Attorney for Plaintiff Steven Bartel*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>　　　　　Defendants. | **Case No.: CV-24-2519-PHX-MTM**<br><br>**NOTICE OF PROOF OF SERVICE OF PROCESS** |

　　　　Pursuant to Rule 4(l), *Federal Rules of Civil Procedure,* Plaintiff Steven Bartel, by and through undersigned counsel, hereby gives notice to the Court that the following Defendants have been served with the Summons and Complaint:

　　　　1.　　The City of Tempe (*see* Affidavit of Service, attached as "Exhibit A");

**DATED** this 25th Day of November, 2024.

　　　　　　　　　　　　　　　　　　**TYLER ALLEN LAW FIRM, PLLC**


　　　　　　　　　　　　　　　　　　*/s/ Anjali J. Patel*
　　　　　　　　　　　　　　　　　　 Anjali J. Patel
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Steven Bartel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2024, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF System for filing, and served on counsel of record via the Court's CM/ECF system.


*/s/ Chris Wisniewski*

2