# EXHIBIT A

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

| | |
|---|---|
| Client Matter | Bartel |
| Account | # 1032 |
| Invoice | # 115031 |
| Liddy | # 478279-1 |

### UNITED STATES DISTRICT COURT, STATE OF ARIZONA
### 401 W. Washington Street, Ste 130, SPC 1, Phoenix, AZ 85003

Steven Bartel,

               Plaintiff(s) / Petitioner(s),

vs

The City of Tempe, an Arizona Municipal
Corporation,

               Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. 2:24-cv-02519-mtm

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** The City of Tempe c/o Kara DeArrastia, City Clerk

**PLACE OF SERVICE:** 31 E. Fifth St., 2nd Fl., Tempe, AZ, 85281

**DATE OF SERVICE:** On the __31st__ day of __October__ , __2024__ at __3:37__ PM    County __Maricopa__

[ ] PERSONAL SERVICE  [X] Left a copy with a person authorized to accept service.  [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**  Served on Erik Gibson, Administrative Assistant III.

on __10/30/2024__ we received the following documents for service:

Summons in a Civil Action | First Amended Complaint | Exhibit B | Civil Cover Sheet | and Letter

**Received from TYLER ALLEN LAW FIRM, PLLC, ( ANJALI J. PATEL #028138 )**

PROCESS SERVER: Corey W. Davis #8362

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____    Date: 10/31/2024

| Item | Amount |
|---|---|
| Service of Process | $20.00 |
| Minimum Mileage | $36.00 |
| Copies | $12.50 |
| Doc. Prep Fee | $12.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total    $80.50