# Exhibit 1

| | |
|---|---|
| **From:** | Strisko, Rebecca |
| **To:** | Anchors, Sarah; Mansfield, Matthew |
| **Subject:** | FW: Steven Bartel RTS letter |
| **Date:** | Tuesday, November 19, 2024 2:25:43 PM |
| **Attachments:** | Bartel, Steven 540-2024-01525 RTS.pdf |

**From:** Ferguson, Karen (CRT) <Karen.Ferguson@usdoj.gov>
**Sent:** Friday, March 15, 2024 10:01 AM
**To:** Tyler@Allenlawaz.com; StevenlBartel@gmail.com
**Cc:** Weeks, Jessica (CRT) <Jessica.Weeks@usdoj.gov>; PATRICIA MINER <PATRICIA.MINER@EEOC.GOV>; Strisko, Rebecca <Rebecca_Strisko@tempe.gov>
**Subject:** Steven Bartel RTS letter

**This message needs your attention**
• This is their first email to your company.

Good afternoon,

The subject letter is attached. The 90-day period begins upon receipt. Please respond to this email and acknowledge receipt.

Karen Ferguson, Supervisory Civil Rights Analyst
USDOJ, Civil Rights Division, Employment Litigation Section
4 Constitution Square
150 M Street, N.E. Room 9.514
Washington, D.C. 20530
202-598-5038