Exhibit 3

| | |
|---|---|
| **From:** | Strisko, Rebecca |
| **To:** | Anchors, Sarah; Mansfield, Matthew |
| **Subject:** | FW: Steven Bartel RTS letter - reissued |
| **Date:** | Tuesday, November 19, 2024 2:26:17 PM |
| **Attachments:** | Bartel, Steven 540-2024-01525 RTS (reissued).pdf |

**From:** Ferguson, Karen (CRT) <Karen.Ferguson@usdoj.gov>
**Sent:** Friday, June 28, 2024 8:04 AM
**To:** Tyler@Allenlawaz.com; StevenlBartel@gmail.com
**Cc:** Weeks, Jessica (CRT) <Jessica.Weeks@usdoj.gov>; PATRICIA MINER
<PATRICIA.MINER@EEOC.GOV>; Strisko, Rebecca <Rebecca_Strisko@tempe.gov>
**Subject:** Steven Bartel RTS letter - reissued

i **This message needs your attention**
• No employee in your company has ever replied to this person.

Good morning,

The subject letter is attached as per your request.  The 90-day period begins upon receipt.
Please respond to this email and acknowledge receipt.

Karen Ferguson, Civil Rights Analyst
USDOJ, Civil Rights Division, Employment Litigation Section
4 Constitution Square
150 M Street, N.E. Room 9.514
Washington, D.C. 20530
202-598-5038