# EXHIBIT A

Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
602-456-0545 telephone
602-995-3999 fax
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>               Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>               Defendant. | No. **2:24-CV-02519-MTM**<br><br>**AFFIDAVIT OF STEVEN BARTEL IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

I, Steven Bartel, hereby declare and state as follows:

1. I am the Plaintiff in the above captioned matter and am over the age of 18.

2. The following is of my own personal knowledge, and if called upon as a witness to testify, I could and would do so competently under oath.

3. I filed a charge of discrimination with the United States Equal Employment Opportunity Commission ("EEOC"), charge number 540-2024-01525, on or about December 22, 2023.

4. On or about January 12, 2024, Patricia Miner, Supervisory Investigator of the EEOC, emailed me and informed me that my charge had been assigned to the EEOC's Enforcement Division. She further noted an intake interview had been scheduled for March 28, 2024 at 2:30 p.m.

5. On February 1, 2024, I submitted a request for a Notice of Right to Sue Letter ("RTSL") to the EEOC.

6. I then received a reminder regarding my scheduled intake interview on February 29, 2024.

7. I emailed Ms. Miner on March 8, 2024, and inquired about the status of my request for RTSL.

8. On March 12, 2024, Ms. Miner responded and indicated she would cancel the intake interview and issue a RTSL.

9. On March 13, 2024, Ms. Miner emailed me once again and explained that the EEOC did not have authority to issue the Notice against Defendant under Title VII. As such, she would send the documentation to the U.S. Department of Justice ("DOJ") that day. She then indicated the DOJ would send a separate email directly to the parties when the RTSL was issued.

10. I responded to Ms. Miner's correspondence on March 15, 2024, and thanked her for her assistance. I also inquired as to whether there was anything I could do to expedite the process. I did not receive a response.

11. Because I had not received a RTSL by June, I emailed Ms. Miner once again on June 26, 2024, and requested another status update. See email, attached hereto as **Exhibit 1**.

12. Ms. Miner responded on June 27, 2024, and informed me Karen Ferguson from the DOJ had emailed a RTSL on March 15, 2024. See **Exhibit 1**.

13. I never received the DOJ's March 15, 2024 RTSL by email or otherwise, nor did I ever receive Ms. Ferguson's March 15, 2024 email.

14. The RTSL was re-issued by Ms. Ferguson on June 28, 2024. See email and attachment, **Exhibit 2**.

15. On November 20, 2024, at approximately 12 p.m., I went to my attorneys' offices at Tyler Allen Law Firm, at which time my laptop computer was searched by Chris Wisniewski of Tyler Allen Law Firm, who searched my email folders for the March 15th 2024 RTSL.

16. Mr. Wisniewski informed me that he did not locate the March 15th 2024 RTSL in my email account.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 18th day of December, 2024

By: _____
Steven Bartel, Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I transmitted the attached document to the following via electronic mail:

Eric C. Anderson
Sarah R. Anchors
Matthew J. Mansfield
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth St., Suite 201
Tempe, Arizona 85280
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Matthew_Mansfield@tempe.gov
Attorneys for Defendant

By: */s/ Chris Wisniewski*

4

# EXHIBIT 1

From: **Tyler Allen** <tyler@allenlawaz.com>
Date: Thu, Jun 27, 2024 at 10:04 AM
Subject: Re: Your 3/13/24 email---Steven Bartel, 540-2024-01525
To: PATRICIA MINER <PATRICIA.MINER@eeoc.gov>
Cc: steve bartel <stevenlbartel@gmail.com>, Ferguson, Karen (CRT) <Karen.Ferguson@usdoj.gov>, Weeks, Jessica (CRT) <Jessica.Weeks@usdoj.gov>

Hi, Karen and Patricia. I did not receive this email and I have searched my spam and nothing is there as well. Can you resend?

On Thu, Jun 27, 2024 at 10:03 AM PATRICIA MINER <PATRICIA.MINER@eeoc.gov> wrote:

> Good morning Mr. Bartel –
>
> Our records indicate that Karen Ferguson from the U.S. Department of Justice sent an email to you and your attorney on March 15, 2024, which contained the Notice of Right to Sue. I was copied on the email. You may contact her at karen.ferguson@usdoj.gov and I have copied her on this reply.
>
> Thank you.
>
> *Patricia Miner*
>
> Patricia Miner
>
> Supervisory Investigator
>
> U.S. Equal Employment Opportunity Commission
>
> 3300 N. Central Ave., Ste. 690
>
> Phoenix, AZ 85012
>
> 602-661-0040
>
> patricia.miner@eeoc.gov
>
> This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or information contained in the message. If you have received the message in error, please advise the sender or reply email at: patricia.miner@eeoc.gov and delete the message.
>
> ---
>
> **From:** steve bartel <stevenlbartel@gmail.com>
> **Sent:** Wednesday, June 26, 2024 1:37 PM
> **To:** PATRICIA MINER <PATRICIA.MINER@EEOC.GOV>
> **Cc:** Tyler Allen <tyler@allenlawaz.com>
> **Subject:** Your 3/13/24 email---Steven Bartel, 540-2024-01525
>
> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to
>
> Hello Ms Miner,
>
> Again, I appreciate your apology and you contacting the DOJ on March 13th to request my **complaint be expedited.** On that day, I understand you transferred my complaint to the DOJ because I issued it against The City of Tempe, a municipality.
>
> 1. **More than three additional months** have passed and I've yet to receive any communication from the DOJ as mentioned in your email. I still have no one from the DOJ to whom I can communicate.
>
> 2. Since that time, I've reviewed the 12/21/18 press release on the memorandum of understanding: Justice Department and EEOC Sign Memorandum of Understanding to Prevent and Address and Harassment of Employees in State and Local Governments.
>
> **After my review of the Office of Public Affairs Press Release, I want to withdraw my Right to Sue and have the DOJ conduct an investigation,** and if determined, "prosecute lawbreakers, seek relief for victims and fight to eliminate harassment in the workplace." as stated in the press release.
>
> Is this 3+ month timeframe for me to receive a response typical for an expedited request?

I admit I don't understand what's necessary to get my case fully transferred and then reinstated. Perhaps the DOJ is extremely busy or backlogged. I understand. I was just expecting some kind of communication by now.

Is there anyone I can contact regarding the status of my complaint?

Please forward this email to the DOJ so it is aware of my withdrawal of my Right to Sue.

When they do contact me, I don't want them to be blindsided by this withdrawal.

Any help or advice you can provide to move my case forward would be much appreciated.

Thank you,

Steve Bartel

540-2024-01525

--
**Tyler K. Allen, Esq.**
Attorney | Tyler Allen Law Firm, PLLC
4201 N. 24th St. Suite 200 Phoenix, Arizona 85016
E: Tyler@allenlawaz.com | P: (602) 995-3777 | F: (602) 995-3999

NOTICE: This communication is confidential and may contain information that is privileged, personal, or attorney work product. This communication is intended only for the named recipients; it is not intended for public dissemination. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT 2

From: **Ferguson, Karen (CRT)** <Karen.Ferguson@usdoj.gov>
Date: Fri, Jun 28, 2024 at 8:03 AM
Subject: Steven Bartel RTS letter - reissued
To: Tyler@AllenIawaz.com <Tyler@allenlawaz.com>, StevenlBartel@gmail.com <StevenlBartel@gmail.com>
Cc: Weeks, Jessica (CRT) <Jessica.Weeks@usdoj.gov>, PATRICIA MINER <PATRICIA.MINER@eeoc.gov>, Rebecca_Strisko@Tempe.gov <Rebecca_Strisko@tempe.gov>

Good morning,

The subject letter is attached as per your request. The 90-day period begins upon receipt. Please respond to this email and acknowledge receipt.

Karen Ferguson, Civil Rights Analyst

USDOJ, Civil Rights Division, Employment Litigation Section

4 Constitution Square

150 M Street, N.E. Room 9.514

Washington, D.C. 20530

202-598-5038

--
**Tyler K. Allen, Esq.**
Attorney | Tyler Allen Law Firm, PLLC
4201 N. 24th St. Suite 200 Phoenix, Arizona 85016
E: Tyler@allenlawaz.com | P: (602) 995-3777 | F: (602) 995-3999

NOTICE: This communication is confidential and may contain information that is privileged, personal, or attorney work product. This communication is intended only for the named recipients; it is not intended for public dissemination. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

📎 **Bartel, Steven 540-2024-01525 RTS (reissued).pdf**
60K



| VIA EMAIL | U.S. Department of Justice |
| --- | --- |
| | Civil Rights Division |
| | NOTICE OF RIGHT TO SUE WITHIN 90 DAYS |

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

June 28, 2024

Mr. Steven Bartel
c/o Tyler Allen, Esquire
Tyler Allen Law Firm
4201 N. 24th Street
Phoenix, AZ  85016

Re:  EEOC Charge Against City of Tempe, et al.
       No. 540202401525

Dear Mr. Bartel:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Phoenix District Office, Phoenix, AZ.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                   Sincerely,

                                   Kristen Clarke
                               Assistant Attorney General
                               Civil Rights Division

               by     /s/ Karen L. Ferguson
                    Karen L. Ferguson
             Supervisory Civil Rights Analyst
             Employment Litigation Section

cc: Phoenix District Office, EEOC
   City of Tempe, et al.