# EXHIBIT C

Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
602-456-0545 telephone
602-995-3999 fax
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>    Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>    Defendant. | No. **2:24-CV-02519-MTM**<br><br>**AFFIDAVIT OF CHRIS WISNIEWSKI IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

I, Chris Wisniewski, hereby declare and state as follows:

1. The following is of my own personal knowledge, and if called upon as a witness to testify, I could and would do so competently under oath.

2. I am a legal assistant at the Tyler Allen Law Firm, PLLC, attorneys of record for Plaintiff, and am over the age of eighteen.

3. Plaintiff is seventy-one (71) years old. Given his age and technological inexperience, Tyler Allen requested to search Plaintiff's laptop computer and email account for receipt of the March 15, 2024 Notice of Right to Sue Letter ("RTSL") which was purportedly emailed by Karen Ferguson of the United States Department of Justice ("DOJ") on or about March 15, 2024.

4. I met with Plaintiff in person at our law offices on November 20, 2024, at which time I performed a search of his laptop computer.

5. During this time, I searched Plaintiff's laptop computer and email account listed on Ms. Ferguson's March 15, 2024 email, stevenlbartel@gmail.com, for all emails received from or sent to any eeoc.gov or usdoj.gov domain from said account.

6. I searched Plaintiff's Gmail account inbox, spam, deleted and trash folders and did not find the March 15, 2024 RTSL or March 15, 2024 email from Karen Ferguson of the DOJ.

7. I also conducted a search of Tyler Allen's law firm email account, including inbox, deleted, spam and trash folders and did not find the March 15, 2024 RTSL or March 15, 2024 email from Karen Ferguson of the DOJ.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 18th day of December, 2024

By: _____
Chris Wisniewski

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I transmitted the attached document to the following via electronic mail:

Eric C. Anderson
Sarah R. Anchors
Matthew J. Mansfield
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth St., Suite 201
Tempe, Arizona 85280
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Matthew_Mansfield@tempe.gov
Attorneys for Defendant

By: /s/ Chris Wisniewski

3