Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br>　　　　　　Plaintiff,<br>v.<br>The City of Tempe, an Arizona Municipal Corporation,<br>　　　　　　Defendant. | No. 2:24-CV-02519-MTM<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

　　　　Plaintiff Steven Bartel, by and through counsel undersigned, hereby notifies the Court that he has served the following on Defendant via e-mail on July 9, 2025:

　　1. Plaintiff's First Set of Requests for Admissions to Defendant,

　　2. Plaintiff's First Set of Non-Uniform Interrogatories to Defendant, and

　　3. Plaintiff's First Set of Requests for Production to Defendant.

　　**RESPECTFULLY SUBMITTED** this 14th day of July, 2025.

　　　　　　　　　　　　　　　　　　**Tyler Allen Law Firm, PLLC**

　　　　　　　　　　　　　　　　　　*/s/ Christina M. Locher*
　　　　　　　　　　　　　　　　　　Christina M. Locher
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Steven Bartel

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Steven Bartel
