ERIC C. ANDERSON #016114
SARAH R. ANCHORS #025344
MATTHEW J. MANSFIELD #024046
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Matthew_Mansfield@tempe.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel,<br><br>　　　　　Plaintiff,<br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>　　　　　Defendant. | Case No. 2:24-cv-02519-MTM<br><br>Notice of service of Defendant's Initial and First Supplemental Disclosure Statement |

  Defendant hereby gives notice that it served on Plaintiff via email on June 6, 2025 its Initial Rule 26(a)(2) Disclosure and on July 15, 2025 Defendant's First Supplemental Rule 26(a)(2) Disclosure.

  Respectfully submitted this 15th day of July, 2025

           */s/ Sarah R. Anchors*
           Sarah R. Anchors
           Matthew J. Mansfield
           TEMPE CITY ATTORNEY'S OFFICE
           21 E. Sixth Street, Suite 201
           P.O. Box 5002
           Tempe, Arizona 85280
           *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025, I electronically transmitted the attached document to the Clerk's office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served on the following CM/ECF registrants:

> Anjali J. Patel
> Christina Locher
> Tyler Allen Law Firm, PLLC
> 4201 N. 24th Street, Suite 200
> Phoenix, AZ 85016
> anjali@allenlawaz.com
> christina@allenlawaz.com
> *Attorneys for Plaintiff*

 /s/ Cheongsil Byun

.