1  ERIC C. ANDERSON #016114
2  SARAH R. ANCHORS #025344
   **TEMPE CITY ATTORNEY'S OFFICE**
3  21 E. Sixth Street, Suite 201
   P.O. Box 5002
4  Tempe, Arizona 85280
5  Phone: (480) 350-8227
   Fax: (480) 350-8645
6  Cityattorney_administrator@tempe.gov
7  Sarah_Anchors@tempe.gov
   *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
|---|---|
| Plaintiff, | Notice of Withdrawal of Counsel |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

Defendant hereby gives notice that effective August 4, 2025, Matthew J. Mansfield will no longer be associated with the Tempe City Attorney's Office and should be removed as counsel of record for Defendant. Eric C. Anderson and Sarah R. Anchors will remain as counsel for Defendant.

RESPECTFULLY SUBMITTED this 5th day of August, 2025.

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Sarah R. Anchors*
Sarah R. Anchors
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I electronically transmitted the attached document to the Clerk's office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served on the following CM/ECF registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

 /s/ Cheongsil Byun

.