Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>            Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>            Defendant. | No. 2:24-CV-02519-MTM<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

Plaintiff Steven Bartel, by and through counsel undersigned, hereby notifies the Court that he has served the following on Defendant via e-mail on August 12, 2025:

1. Plaintiff's Notice of Deposition of Adrianne Ward; and

2. Plaintiff's Notice of Deposition of Elva Rios-Chavez.

**RESPECTFULLY SUBMITTED** this 13th day of August, 2025.

**Tyler Allen Law Firm, PLLC**

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Steven Bartel

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                               */s/ Christina M. Locher*
                                               Christina M. Locher
                                               Attorney for Plaintiff Steven Bartel