ERIC C. ANDERSON #016114
SARAH R. ANCHORS #025344
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>                    Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>                    Defendant. | Case No. 2:24-cv-02519-MTM<br><br>**Notice of Service of Discovery** |

Defendant City of Tempe hereby gives notice that it served on Plaintiff via email on his counsel on August 15, 2025 with the following:

- Defendant's First Set of Interrogatories to Plaintiff

- Defendant's First Set of Requests for Production to Plaintiff

Respectfully submitted this 15th day of August, 2025.

/s/ Sarah R. Anchors
Sarah R. Anchors
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorney for Defendant*

Tempe City Attorney's Office
21 East Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I electronically transmitted the Notice of Service of Discovery to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served via CM/ECF on the following registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

 */s/ Cheongsil Byun*

.