1  ERIC C. ANDERSON #016114
2  SARAH R. ANCHORS #025344
   **TEMPE CITY ATTORNEY'S OFFICE**
3  21 E. Sixth Street, Suite 201
   P.O. Box 5002
4  Tempe, Arizona 85280
5  Phone: (480) 350-8227
   Fax: (480) 350-8645
6  Cityattorney_administrator@tempe.gov
7  Sarah_Anchors@tempe.gov
   *Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel,<br><br>　　　　　Plaintiff,<br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>　　　　　Defendant. | Case No. 2:24-cv-02519-MTM<br><br>**Notice of Service of Discovery Responses** |

Defendant City of Tempe hereby gives notice that it served on Plaintiff via email on his counsel:

- Defendant's Responses to Plaintiff's First Set of Interrogatories on August 25, 2025
- Defendant's Responses to Plaintiff's First Set of Admissions on August 20, 2025

Respectfully submitted this 25th day of August, 2025.

　　　　　　　　　　　　　　　　　/s/ Sarah R. Anchors
　　　　　　　　　　　　　　　　　Sarah R. Anchors
　　　　　　　　　　　　　　　　　TEMPE CITY ATTORNEY'S OFFICE
　　　　　　　　　　　　　　　　　21 E. Sixth Street, Suite 201
　　　　　　　　　　　　　　　　　P.O. Box 5002
　　　　　　　　　　　　　　　　　Tempe, Arizona 85280
　　　　　　　　　　　　　　　　　*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically transmitted the Notice of Service of Discovery to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served via CM/ECF on the following registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

/s/ Cheongsil Byun

.