Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br>                    Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>                    Defendant. | **No. 2:24-CV-02519-MTM**<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

    Plaintiff Steven Bartel, by and through counsel undersigned, hereby notifies the Court that he has served the following on Defendant via e-mail on September, 2025:

    1.  Plaintiff's Responses to Defendant's First Set of Interrogatories; and

    2.  Plaintiff's Responses to Defendant's First Set of Requests for Production.

    **RESPECTFULLY SUBMITTED** this 25th day of September, 2025.

                              **Tyler Allen Law Firm, PLLC**


                              */s/ Christina M. Locher*
                              Christina M. Locher
                              Attorney for Plaintiff Steven Bartel

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Steven Bartel