Eric C. Anderson #016114
Sarah R. Anchors #025344
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>　　　　　Plaintiff,<br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>　　　　　Defendant. | Case No. 2:24-cv-02519-MTM<br><br>**Notice of Intent to Serve Subpoena for Production of Documents on Neighborhood Outreach Access Health** |

Defendant City of Tempe, by its attorneys, pursuant to Fed.R.Civ.P. 45(a)(4) hereby gives notice to all parties that it intends to serve the Subpoena for Production of Documents attached hereto as Exhibit 1 in two days.

Respectfully submitted this 14th day of October, 2025.

　　　　　　　　　　　　　　　　　　/s/ Sarah R. Anchors
　　　　　　　　　　　　　　　　　　Sarah R. Anchors
　　　　　　　　　　　　　　　　　　TEMPE CITY ATTORNEY'S OFFICE
　　　　　　　　　　　　　　　　　　21 E. Sixth Street, Suite 201
　　　　　　　　　　　　　　　　　　P.O. Box 5002
　　　　　　　　　　　　　　　　　　Tempe, Arizona 85280
　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I electronically transmitted the Notice of Service of the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served via CM/ECF on the following registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

 /s/ Cheongsil Byun

.