Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>　　　　　Defendant. | No. 2:24-CV-02519-MTM<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

  Plaintiff Steven Bartel, by and through counsel undersigned, hereby notifies the Court that he has served Plaintiff's First Supplemental Disclosure Statement on Defendant via e-mail on October 17, 2025.

  **RESPECTFULLY SUBMITTED** this 17th day of October, 2025.

               **Tyler Allen Law Firm, PLLC**


               */s/ Christina M. Locher*
               Christina M. Locher
               Attorney for Plaintiff Steven Bartel

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                */s/ Christina M. Locher*
                                                Christina M. Locher
                                                Attorney for Plaintiff Steven Bartel