1

Anjali J. Patel SBN 28138
Christina Locher SBN 027472

2

**Tyler Allen Law Firm, PLLC**

3

4201 North 24th Street, Suite 200
Phoenix, AZ 85016

4

Phone: (602) 456-0545
Fax: (602) 995-3999

5

anjali@allenlawaz.com
christina@allenlawaz.com

6

*Attorneys for Plaintiff Steven Bartel*

7

8

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF ARIZONA

11

| | |
|---|---|
| Steven Bartel,<br><br>                    Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>                    Defendant. | **No. 2:24-CV-02519-MTM**<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

12

13

14

15

16

    Plaintiff Steven Bartel, by and through counsel undersigned, hereby notifies the Court that

17

he has served the following on Defendant via e-mail on November 5, 2025:

18

    1.  Plaintiff's Second Set of Requests for Production to Defendant; and

19

    2.  Plaintiff's Notice of Deposition of Nicole Burner.

20

    **RESPECTFULLY SUBMITTED** this 5th day of November, 2025.

21

                    **Tyler Allen Law Firm, PLLC**

22

23

                    */s/ Christina M. Locher*

24

                    Christina M. Locher
                    Attorney for Plaintiff Steven Bartel

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Christina M. Locher
Christina M. Locher
Attorney for Plaintiff Steven Bartel