1  ERIC C. ANDERSON #016114
2  SARAH R. ANCHORS #025344
   **TEMPE CITY ATTORNEY'S OFFICE**
3  21 E. Sixth Street, Suite 201
   P.O. Box 5002
4  Tempe, Arizona 85280
5  Phone: (480) 350-8227
   Fax: (480) 350-8645
6  Cityattorney_administrator@tempe.gov
7  Sarah_Anchors@tempe.gov
   *Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel,<br><br>       Plaintiff,<br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>       Defendant. | Case No. 2:24-cv-02519-MTM<br><br>**Notice of Service of Discovery** |

Defendant City of Tempe hereby gives notice that it served on Plaintiff via email on his counsel on November 7, 2025 Defendant's Second Set of Requests for Production to Plaintiff and Defendant's Second Set of Interrogatories to Plaintiff.

Respectfully submitted this 7th day of November, 2025.

                    */s/ Sarah R. Anchors*
                    Sarah R. Anchors
                    TEMPE CITY ATTORNEY'S OFFICE
                    21 E. Sixth Street, Suite 201
                    P.O. Box 5002
                    Tempe, Arizona 85280
                    *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, I electronically transmitted the Notice of Service of Discovery to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served via CM/ECF on the following registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

 /s/ Cheongsil Byun

.