Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>　　　　　　　　　Defendant. | No. 2:24-CV-02519-MTM<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

　　　Plaintiff Steven Bartel, by and through counsel undersigned, hereby notifies the Court that he has served the following Plaintiff's Third Set of Requests for Production on Defendant via e-mail on November 7, 2025.

　　　**RESPECTFULLY SUBMITTED** this 7th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　**Tyler Allen Law Firm, PLLC**


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Christina M. Locher*
　　　　　　　　　　　　　　　　　　　　　　　Christina M. Locher
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Steven Bartel

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  */s/ Christina M. Locher*
                                                  Christina M. Locher
                                                  Attorney for Plaintiff Steven Bartel