Eric C. Anderson #016114
Sarah R. Anchors #025344
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel,<br><br>  Plaintiff,<br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>  Defendant. | Case No. 2:24-cv-02519-MTM<br><br>**Notice of Service of Discovery** |

Defendant City of Tempe hereby gives notice that it served on Plaintiff via email on his counsel on November 24, 2025 Defendant's Response to Plaintiff's Second Set of Requests for Production.

Respectfully submitted this 24th day of November, 2025.

*/s/ Sarah R. Anchors*
Sarah R. Anchors
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I electronically transmitted the Notice of Service of Discovery to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served via CM/ECF on the following registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

　/s/ Cheongsil Byun