Eric C. Anderson #016114
Sarah R. Anchors #025344
Jason Boblick #026507
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Jason_Boblick@tempe.gov
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | Notice of Appearance |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

Please take notice that Jason Boblick of Tempe City Attorney's Office hereby enters his appearance as co-counsel of record on behalf of Defendant City of Tempe in the above-captioned matter. Counsel for Defendant requests that all future pleadings and correspondence related to this action be sent to:

Eric C. Anderson
Sarah R. Anchors
Jason Boblick
Tempe City Attorney's Office
21 E 6th Street, Suite 201
Tempe, Arizona 85281

Cityattorney_administrator@tempe.gov
Eric_Anderson@tempe.gov
Sarah_Anchors@tempe.gov
Jason_Boblick@tempe.gov

RESPECTFULLY SUBMITTED this 2nd day of December, 2025     .

                                         *s/ Jason Boblick*
Jason Boblick
Sarah R. Anchors
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2025, I electronically transmitted the attached document to the Clerk's office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served on the following CM/ECF registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

  /s/ Cheongsil Byun

.