# Exhibit B

# Redemption Psychiatry

Mesa (480) 542-1212 – Gilbert (480) 542-0202 – Chandler (480) 542-0222 – Phoenix (602) 560-3505
Main Phone: 480.471.8560 | Fax: 888.979.8197

December 2, 2025

To Whom It May Concern,

Nicole Burner (DOB: 12/23/1975) is a patient with Redemption Psychiatry, Chandler. Writer is currently providing coverage for attending provider but after chart review and contact with client of note, we are requesting that if absolutely necessary, that a virtual meeting be conducted to avoid endangering her mental health as it pertains to plaintiff. An in-person arrangement could induce intense psychological distress and exacerbate symptoms as associated with post-traumatic stress disorder, anxiety, and depression. We appreciate your consideration and help under these circumstances.

Thank you,

*[signature]*

Nathan Vollbrecht, PMHNP