IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | [Proposed] Protective Order |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

Pursuant to Rule 26, Federal Rules of Civil Procedure, and good cause appearing therefore, the Court hereby GRANTS Defendant's Emergency Motion for Protective Order and orders that Nicole Burner may appear by remote means for a deposition this month.