EXHIBIT 1



## Attempted Serve

Zachary Mueller shared a service notification with you:

### Details

**Process Server:** Gregory Hardy

**Date & Time:** Nov 26, 2025, 10:54 am MST

**Service Type:** Non-Service

**Description of Service:**

I approached the subject's home. It was behind a small gate that was secured. There was a dog that entered the yard so I didn't go to the door. I stood at the gate and I yelled hello, the door was wide open and the dog was was barking constantly. After about 30 seconds, I noticed the back sliding glass door was opened and closed inside. After about 5 minutes of yelling hello, with the dog barking, a white male, 6'4, 40, came out yelling and screaming that he was working. I tried to explain that I was an officer of the court while he yelled and screamed expletives at me, and telling me to get off his property, which I immediately did. He then attempted to follow me to my vehicle yelling and screaming the whole way at which point his neighbors were coming out to see what all the screaming was about. He told me not to return and trespassed me from his property.

### Service Address

### GPS Data

**Mobile Device:** ServeManagerMobile/1.11.4 (150) (iPhone18,2/iPhone; iOS/26.1)

**GPS Coordinates:**

**GPS Timestamp:** 1764179677183.5352

## Job & Case

**Job:** 14642689

**Priority:** Routine

**Job Type:** Standard

**Recipient:** Nicole Burner

**Case:** 2:24-cv-02519-MTM

**Plaintiff:** Steven Bartel

**Defendant:** The City of Tempe

**Court:** United States District Court

**County:**

**Documents:** Subpoena to Testify at Deposition in a Civil Action; Witness Fee Check # 8875 for $69.90

### Attempt Uploads

- Mobile Attempt Photo 1 (3.68 MB)

### Shared with you by:



## Attempted Serve

Zachary Mueller shared a service notification with you:

### Details

**Process Server:** Robert Harenberg Jr MC-8309 Maricopa County

**Date & Time:** Nov 30, 2025, 6:07 pm MST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Gate to property is secured with a no soliciting sign present, all the doors and windows are closed, lights are on inside. No response knocking on the garage door, multiple security cameras are present and two vehicles are in the driveway.

### Service Address

### GPS Data

**Mobile Device:** Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/29.0 Chrome/136.0.0.0 Mobile Safari/537.36

**GPS Coordinates**

**GPS Timestamp:** 1764551261975

## Job & Case

**Job:** 14642689

**Priority:** Routine

**Job Type:** Standard

**Recipient:** Nicole Burner

**Case:** 2:24-cv-02519-MTM

**Plaintiff:** Steven Bartel

**Defendant:** The City of Tempe

**Court:** United States District Court

**County:**

**Documents:** Subpoena to Testify at Deposition in a Civil Action; Witness Fee Check # 8875 for $69.90

## Attempt Uploads

- 20251130_180435.mp4 (216 MB)
- 20251130_180356.jpg (1.86 MB)

## Shared with you by:







# [ServeManager] Job #14642689 Update
1 message

## Attempted Serve

Zachary Mueller shared a service notification with you:

### Details

**Process Server:** Robert Harenberg Jr MC-8309 Maricopa County

**Date & Time:** Dec 2, 2025, 12:12 pm MST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

This is a secured townhouse community, no access, no traffic to follow into the community. Waited several minutes, but no one else came to this community.

### Service Address

### GPS Data

**Mobile Device:** Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/29.0 Chrome/136.0.0.0 Mobile Safari/537.36

**GPS Coordinates:**

**GPS Timestamp:** 1764702766054

## Job & Case

**Job:** 14642689

**Priority:** Rush

**Job Type:** Standard

**Recipient:** Nicole Burner

**Case:** 2:24-cv-02519-MTM

**Plaintiff:** Steven Bartel

**Defendant:** The City of Tempe

**Court:** United States District Court

**County:**

**Documents:** Subpoena to Testify at Deposition in a Civil Action; Witness Fee Check # 8875 for $69.90

**Attempt Uploads**

- 20251202_121002.jpg (3.61 MB)

**Shared with you by:**





## Attempted Serve

Zachary Mueller shared a service notification with you:

### Details

**Process Server:** Robert Harenberg Jr MC-8309 Maricopa County

**Date & Time:** Dec 4, 2025, 3:06 pm MST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

As I was approaching the home, a male resident was outside in the front yard talking on his phone. We made eye contact, I asked for the subject, he walked towards the home, yelled at his dog to get inside, I let him know I had a subpoena for Nicole, and then he closed the door and refused to engage. I waited several minutes outside, no one came out, and the subject's known vehicle is in the driveway.

### Service Address

### GPS Data

**Mobile Device:** Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/29.0 Chrome/136.0.0.0 Mobile Safari/537.36

**GPS Coordinates:**

**GPS Timestamp:** 1764885984859

## Job & Case

**Job:** 14642689

**Priority: Rush**

**Job Type:** Standard

**Recipient:** Nicole Burner

**Case:** 2:24-cv-02519-MTM

**Plaintiff:** Steven Bartel

**Defendant:** The City of Tempe

**Court:** United States District Court

**County:** ▮▮▮

**Documents:** Subpoena to Testify at Deposition in a Civil Action; Witness Fee Check # 8875 for $69.90

**Attempt Uploads**

- 20251204_150246.jpg (3.19 MB)

**Shared with you by:**

# EXHIBIT 2



**UNITED STATES POSTAL SERVICE.**

CPU AZ OVERLAND BLUEPRINT
3301 N 24TH ST
PHOENIX, AZ 85016-7317
www.usps.com

12/02/2025             12:58 PM

TRACKING NUMBERS
EI598568295US

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express Flat Rate Env | 1 | | $33.40 |
| Gilbert, AZ 85234 | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Date | | | |
| Thu 12/04/2025 06:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: | | | |
| EI598568295US | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $33.40 |

Grand Total:              $33.40

Credit Card Remit        $33.40

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on