1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| Steven Bartel, | Case No. CV-24-02519-PHX-MTM |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

The Court having reviewed Defendant's Emergency Motion for Protective Order and accompanying Exhibit from the deponent's health care provider, and good cause appearing therefore,

IT IS ORDERED granting Defendant's Emergency Motion for Protective Order (Doc. 50),

IT IS FURTHER ORDERED that deponent Nicole Burner may appear by remote means for her deposition.

Dated this 8th day of December, 2025.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge