Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>                    Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>                    Defendant. | No. 2:24-CV-02519-MTM<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE** |

The parties, by and through respective counsel undersigned, hereby stipulate to extend the discovery cutoff deadline as set forth in the Court's May 21, 2025 Case Management Order (Doc. 28). The parties stipulate to extend the fact discovery cutoff deadline from December 26, 2025 to February 20, 2026, in order to accommodate the parties' mutual efforts to reschedule the deposition of non-party Nicole Burner, as previously noticed and subpoenaed by Plaintiff in this matter.

The stipulated extension will not prejudice either party and will not delay the case management plan. A trial date has not yet been set in this matter.

**RESPECTFULLY SUBMITTED** this 15th day of December 2025.

**Tyler Allen Law Firm, PLLC**

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Steven Bartel

1
2
3
4             /s/ Christina Locher with Permission
              Sarah Anchors
              Attorney for Defendant, City of Tempe
              Tempe City Attorney's Office
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Steven Bartel