Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>                          Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>                          Defendant. | No. **2:24-CV-02519-MTM**<br><br>**PROPOSED ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY DEADLINE** |

Upon the stipulation of the parties, and good cause appearing herefor,

IT IS HEREBY ORDERED that the fact discovery deadline as set forth in the May 21, 2025 Case Management Order is extended from December 26, 2025 to February 20, 2026.

DATED this _____ day of _____, 20___.


_____
United States District Judge