# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel, | No. CV-24-02519-PHX-MTM |
| Plaintiff, | **ORDER** |
| v. | |
| City of Tempe, | |
| Defendant. | |

The Court having reviewed the Joint Stipulation to Extend Discovery Deadline (Doc. 56), and good cause shown,

IT IS ORDERED granting the Joint Stipulation (Doc. 56),

IT IS FURTHER ORDERED that fact discovery is extended from December 26, 2025, to February 20, 2026.

Dated this 17th day of December, 2025.

Honorable Michael T. Morrissey
United States Magistrate Judge