Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>                    Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>                    Defendant. | **No. 2:24-CV-02519-MTM**<br><br>**JOINT STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

The parties, by and through respective counsel undersigned, hereby jointly stipulate and respectfully request that the Court refer this matter to a United States Magistrate Judge for the purpose of conducting a settlement conference. The parties jointly request referral pursuant to Federal Rule of Civil Procedure 16(a)(5) and 16(c)(2)(I).

In support of this request, the parties stipulate:

1. This matter has reached an appropriate procedural posture for meaningful settlement discussions. The parties have exchanged sufficient information to evaluate their respective positions and believe that a settlement conference would be productive at this stage of the litigation.

2. The parties agree to participate in the settlement conference in good faith and understand that the Magistrate Judge assigned for settlement purposes will not participate in the adjudication of this case.

3.  The parties further agree that all individuals attending the settlement conference will have full and complete authority to negotiate and enter into a binding settlement, subject only to such approvals as are expressly required by law or governing entity policy, if any.

4.  The parties respectfully request that the Court refer this matter to a Magistrate Judge for a settlement conference at a time deemed appropriate by the Court and Magistrate Judge.

This stipulation is submitted without waiver of any claims, defenses, or positions, and solely for the purpose of facilitating settlement discussions.

**RESPECTFULLY SUBMITTED** this 2nd day of February 2026.

**Tyler Allen Law Firm, PLLC**

_/s/ Christina M. Locher_
Christina M. Locher
Attorney for Plaintiff Steven Bartel

_/s/ Christina M. Locher (with permission)_
Sarah Anchors
Attorney for Defendant, City of Tempe
Tempe City Attorney's Office

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Steven Bartel

3