UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>　　　　　　　Defendant. | No. 2:24-CV-02519-MTM<br><br>**[PROPOSED]**<br>**ORDER** |

Upon the stipulation of the parties, and good cause appearing herefor,

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation for Referral to Magistrate Judge for Settlement Conference, and good cause appearing,

**IT IS ORDERED** that this matter is referred to a United States Magistrate Judge for the purpose of conducting a settlement conference only, pursuant to Fed. R. Civ. P. 16.

**IT IS FURTHER ORDERED** that the assigned Magistrate Judge shall conduct the settlement conference at a time and in a manner determined by the Magistrate Judge, and shall issue any orders necessary to facilitate the settlement process.

**IT IS FURTHER ORDERED** that the Magistrate Judge assigned for settlement purposes shall not participate in the adjudication of this case except as permitted by law.

DATED this ___ day of _____, 2026.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Michael T. Morrissey
　　　　　　　　　　　　　　　　　　United States District Court