IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>        Plaintiff,<br><br>v.<br><br>The City of Tempe,<br><br>        Defendant. | No. CV-24-02519-PHX-MTM<br><br>**ORDER** |

       The Court having reviewed the Joint Stipulation for Referral to Magistrate Judge for Settlement Conference (Doc. 59),

       IT IS ORDERED by random lot that this matter be referred to Magistrate Judge Michael A. Ambri for purpose of conducting a settlement conference in this matter. Parties are to contact the chambers of Magistrate Judge Ambri at 520-205-4500, no later than seven (7) days from the date of this Order to set a date for the settlement conference.

       Dated this 4th day of February, 2026.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge