1  ERIC C. ANDERSON #016114
2  SARAH R. ANCHORS #025344
   JASON J. BOBLICK #026507
3  **TEMPE CITY ATTORNEY'S OFFICE**
   21 E. Sixth Street, Suite 201
4  P.O. Box 5002
5  Tempe, Arizona 85280
   Phone: (480) 350-8227
6  Fax: (480) 350-8645
7  Cityattorney_administrator@tempe.gov
   Sarah_Anchors@tempe.gov
8  Jason_Boblick@tempe.gov
   *Attorneys for Defendant*
9

10                **IN THE UNITED STATES DISTRICT COURT**

11                   **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | **Notice of Service of Defendant's Fourth Supplemental Disclosure Statement** |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

Defendant City of Tempe hereby gives notice that it served on Plaintiff via email on his counsel Defendant's Fourth Supplemental Disclosure Statement on February 10, 2026.

Respectfully submitted this 10th day of February, 2026.

　　　　　　　　　　　　　　　　　　　　/s/ *Sarah R. Anchors*
　　　　　　　　　　　　　　　　　　　　Sarah R. Anchors
　　　　　　　　　　　　　　　　　　　　Jason J. Boblick
　　　　　　　　　　　　　　　　　　　　TEMPE CITY ATTORNEY'S OFFICE
　　　　　　　　　　　　　　　　　　　　21 E. Sixth Street, Suite 201
　　　　　　　　　　　　　　　　　　　　P.O. Box 5002
　　　　　　　　　　　　　　　　　　　　Tempe, Arizona 85280
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, I electronically transmitted the Notice of Service of Defendant's Second Supplemental Disclosure Statement to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served via CM/ECF on the following registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

/s/ Cheongsil Byun