Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
602-456-0545 telephone
602-995-3999 fax
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel,<br>　　　　　　Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>　　　　　　Defendant. | No. 2:24-CV-02519-MTM<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

　　　Plaintiff Steven Bartel, by and through counsel undersigned, hereby notifies the Court that he has served the following on Defendant via email on this date:

1. Plaintiff's Second Supplemental Disclosure Statement; and
2. Plaintiff's Fourth Set of Requests for Documents.

　　　**RESPECTFULLY SUBMITTED** this 19th day of February, 2026

　　　　　　　　　　　　　　　　　　　　　　**Tyler Allen Law Firm, PLLC**


　　　　　　　　　　　　　　　　　　　　　　*/s/ Christina M. Locher*
　　　　　　　　　　　　　　　　　　　　　　Christina M. Locher
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Steven Bartel*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                By: */s/ Christina M. Locher*
                Christina M. Locher
                *Attorney for Plaintiff Steven Bartel*