ERIC C. ANDERSON #016114
SARAH R. ANCHORS #025344
JASON J. BOBLICK #026507
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Jason_Boblick@tempe.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | Stipulation and Joint Request to Amend Settlement Discussions Deadlines |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | (First Request) |
| Defendant. | |

Plaintiff, Steven Bartel and Defendant City of Tempe, through undersigned counsel, stipulate and jointly request the Court amend the Good Faith Settlement talks deadlines in the Case Management Order, at section 7 [Doc. 28]. The parties' counsel have communicated regarding potential settlement and determined it would be most productive to have a settlement conference with a magistrate judge. Accordingly, they filed a request for a referral to a magistrate judge on February 2, 2026. [Doc. 59.] The referral was granted and a settlement conference is set for June 17 with the Honorable Michael A. Ambri. [Docs.

60, 62.] Accordingly, the parties jointly request the Court vacate the February 20 and February 27, 2026 deadlines for holding and filing a notice of holding in-person settlement talks, and amend the Order to state that the parties shall conduct a settlement conference with a magistrate judge by June 30, 2026. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 27th day of February, 2026.

*s/ Sarah R. Anchors*
Sarah R. Anchors
Jason J. Boblick
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorneys for Defendant*


*s/ Christina Locher, by permission*
Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I electronically transmitted the attached document to the Clerk's office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served on the following CM/ECF registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

/s/ Cheongsil Byun