**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | |
| v. | [Proposed] Order Amending Good Faith Settlement Discussions Deadlines (First Request) |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

Pursuant to Rule 26, Federal Rules of Civil Procedure, and good cause appearing therefore, the Court hereby amends the Case Management Order [Doc. 28], Section 7, to vacate the February 20 and February 26, 2026 deadlines regarding good faith settlement talks and state that the parties shall conduct a settlement conference with a magistrate judge by June 30, 2026.