1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9

Steven Bartel,

No. CV-24-02519-PHX-MTM

10

        Plaintiff,

ORDER

11

v.

12

The City of Tempe, an Arizona Municipal Corporation,

13

        Defendant.

14

15        The Court having reviewed the Stipulation and Joint Request to Amend Settlement

16 Discussions Deadlines (Doc. 64), and good cause shown,

17        IT IS ORDERED granting the Stipulation (Doc. 64),

18        IT IS FURTHER ORDERED vacating the February 20 and February 26, 2026,

19 deadlines regarding good faith settlement talks as the parties have a Settlement Conference

20 scheduled for June 17, 2026.

21        IT IS FURTHER ORDERED that the parties shall promptly notify the Court at any

22 time a settlement is reached during the course of this litigation.

23        Dated this 2nd day of March, 2026.

24

25

Honorable Michael T. Morrissey
United States Magistrate Judge

26
27
28