ERIC C. ANDERSON #016114
SARAH R. ANCHORS #025344
JASON J. BOBLICK #026507
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Jason_Boblick@tempe.gov
*Attorneys for Defendant*

Tempe City Attorney's Office
21 East Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
|---|---|
| Plaintiff, | Stipulation and Joint Request to Amend Dispositive Motions Deadline |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | (First Request) |
| Defendant. | |

Plaintiff Steven Bartel and Defendant City of Tempe, through undersigned counsel, stipulate and jointly request the Court amend the Dispositive Motions deadline in the Case Management Order [Doc. 28]. The Order at Section 8 sets the deadline as May 1, 2026. The parties are having a settlement conference with Magistrate Judge Michael A. Ambri on June 17, 2026. Accordingly, the parties request that the Court extend the dispositive motions deadline to July 15, 2026 to enable the parties to productively discuss settlement

without having to first expend the efforts in drafting and responding to dispositive motions.

A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 15th day of April, 2026.

*/s/ Sarah R. Anchors*
Sarah R. Anchors
Jason J. Boblick
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorneys for Defendant*

*/s/ Christina Locher, by permission*
Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, I electronically transmitted the attached document to the Clerk's office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served on the following CM/ECF registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

*/s/ Cheongsil Byun*

3