**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | [Proposed] Order Amending Dispositive Motions Deadline |
| v. | (First Request) |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

Pursuant to Rule 26, Federal Rules of Civil Procedure, and good cause appearing therefore, the Court hereby amends the Case Management Order [Doc. 28], Section 8, to state that July 15, 2026 is the dispositive motions deadline.