**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel, | No. CV-24-02519-PHX-MTM |
| Plaintiff, | ORDER |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

The Court having reviewed the Stipulation and Joint Request to Amend Dispositive Motions Deadline (Doc. 67), and good cause shown,

IT IS ORDERED granting the Stipulation (Doc. 67),

IT IS FURTHER ORDERED that dispositive motions are due on July 15, 2026.

Dated this 21st day of April, 2026.

Honorable Michael T. Morrissey
United States Magistrate Judge