**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel, | No. CV-24-02519-PHX-MTM |
| Plaintiff, | ORDER |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | |
| Defendant. | |

The Court having reviewed the Stipulation to Extend Deadline for Plaintiff to Submit Rule16(e) Notice of Readiness for Pretrial Conference (Doc. 69),

IT IS ORDERED granting the Stipulation (Doc. 69),

IT IS FURTHER ORDERED extending the deadline for Plaintiff to submit Rule 16(e) notice of readiness for pretrial conference on or before June 26, 2026.

Dated this 8th day of May, 2026.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge