Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>               Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>               Defendant. | **No. 2:24-CV-02519-MTM**<br><br>**STIPULATION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS AND RULE 16(e) NOTICE OF READINESS FOR PRETRIAL CONFERENCE** |

The parties, by and through respective counsel undersigned, hereby jointly stipulate and respectfully request that the Court extend 1) the parties' deadline to file dispositive motions; and 2) Plaintiff's deadline to submit his Rule 16(e) notice of readiness for the pretrial conference in this matter until after the deadline for submission of dispositive motions. The current deadline to submit dispositive motions is July 15, 2026 (Doc. 68). The current deadline for Plaintiff to file a Rule 16(e) notice is June 26, 2026 (Doc. 70). The reason for the parties' request is to accommodate continued settlement negotiations which require involvement of Defendant's City Council, some of whom will not be sworn in until July 1, 2026.

Accordingly, the parties request that the Court extend the dispositive motion deadline to July 24, 2026, and the deadline for Plaintiff to submit his Rule 16(e) notice to July 28, 2026.

**RESPECTFULLY SUBMITTED** this 26th day of June 2026.

**Tyler Allen Law Firm, PLLC**


*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Steven Bartel

**The City of Tempe**

*/s/ Christina M. Locher (with Permission)*
Sarah Anchors
Attorney for Defendant, City of Tempe
Tempe City Attorney's Office

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Christina M. Locher
Christina M. Locher
Attorney for Plaintiff Steven Bartel