Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>                    Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>                    Defendant. | **No. 2:24-CV-02519-MTM**<br><br>**[PROPOSED]**<br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS AND RULE 16(e) NOTICE OF READINESS FOR PRETRIAL CONFERENCE** |

Upon the stipulation of the parties, and good cause appearing herefor,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Extend Deadlines for Dispositive Motions and Rule 16(e) Notice of Readiness for Pretrial Conference, and good cause appearing,

**IT IS ORDERED** extending the dispositive motion deadline to July 24, 2026, and the deadline for submission of Rule 16(e) Notice to July 28, 2026.

DATED this ___ day of _____, 2026.

_____
Hon. Michael T. Morrissey
United States District Court