# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel, | No. CV-24-02519-PHX-MTM |
| Plaintiff, | **ORDER** |
| v. | |
| City of Tempe, et al., | |
| Defendant. | |

The Court having reviewed the Stipulation to Extend Deadlines for Dispositive Motions and Rule 16(e) Notice of Readiness for Pretrial Conference (Doc. 72), and good cause shown,

IT IS ORDERED granting the Stipulation (Doc. 72),

IT IS FURTHER ORDERED extending the dispositive motions deadline to July 24, 2026 and the deadline for Plaintiff to submit his Rule 16(e) notice to July 28, 2026.

Dated this 29th day of June, 2026.

Michael T. Morrissey
Honorable Michael T. Morrissey
United States Magistrate Judge