ERIC C. ANDERSON #016114
SARAH R. ANCHORS #025344
JASON J. BOBLICK #026507
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Jason_Boblick@tempe.gov
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | Motion to Extend Dispositive Motions and Rule 16(e) Deadlines |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | (Second Request) |
| Defendant. | |

Defendant City of Tempe, through undersigned counsel, requests the Court extend the Dispositive Motions and Rule 16(e) deadline in the Order [Doc. 73]. The Order sets the dispositive motions deadline as July 24, 2026 and the Rule 16(e) deadline as July 28, 2026. As the parties have been engaged in further settlement discussions, and in order for defense counsel to secure necessary declarations a dispositive motion, Defendant requests a brief postponement of these deadlines.  Defendant requests that the Court extend the dispositive motions deadline to August 7, 2026 and the deadline for Plaintiff to submit his  Rule 16(e)

notice to <u>August 12, 2026</u>.  Plaintiff's agreement to an extension was sought on July 23, 2026, but no response was received by the time of filing. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 24th day of July, 2026.


<u>/s/  Sarah R. Anchors</u>
Sarah R. Anchors
Jason J. Boblick
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically transmitted the attached document to the Clerk's office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served on the following CM/ECF registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

*/s/ Cheongsil Byun*

3