**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | [Proposed] Order Extending Dispositive Motions and Rule 16(e) Deadlines |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | (Second Request) |
| Defendant. | |

Pursuant to Rule 26, Federal Rules of Civil Procedure, and good cause appearing therefore, the Court hereby extends the deadline for dispositive motions to August 7, 2026 and the deadline for Plaintiff to submit his Rule 16(e) notice to August 12, 2026.