Anjali J. Patel SBN 28138
Christina Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Steven Bartel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Bartel,<br><br>                    Plaintiff,<br><br>v.<br><br>The City of Tempe, an Arizona Municipal Corporation,<br><br>                    Defendant. | **No. 2:24-CV-02519-MTM**<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTIONS AND RULE 16(e) DEADLINES** |

PLAINTIFF, Steven Bartel, by and through counsel undersigned, submits his Opposition to Defendant, the City of Tempe's Motion to Extend Dispositive Motions and Rule 16(e) Deadlines [Doc. 74], (the "Motion") as follows.

The current deadline for the parties to file dispositive motions is July 24, 2026, which is already the product of two (2) prior extensions by this Court (Court Orders dated April 21, 2026 Doc. 68; June 29, 2026 Doc. 73). Plaintiff stipulated to the previous extensions in order allow the parties to participate in a settlement conference and to pursue follow-up settlement negotiations, most recently to allow Tempe City Council to vote on a proposed settlement. Upon information and belief, that vote took place, and the Council declined to approve it. Defendant's Motion seeking a third postponement on the same rationale — continuing settlement discussions — is unwarranted and will cause the parties further unnecessary delay. Plaintiff has agreed to two rounds of delay tied to a real prospect of resolution; nothing comparable is before the Court now.

Defendant raised the request to extend deadlines to counsel undersigned for the first time after 5:00 p.m. on July 23, 2026.  Defendant's only other stated basis — that defense counsel needs more time "to secure necessary declarations" for its dispositive motion, (Motion at 1) does not warrant grounds for a third extension. Defendant has had ample time across both extended periods to obtain any evidence necessary to support a dispositive motion, the lack of preparation does not amount to good cause justifying a third extension.

For these reasons, Plaintiff respectfully requests that the Court deny Defendant's Motion and direct the parties to proceed under the existing schedule.

**RESPECTFULLY SUBMITTED** this 24th day of July, 2026.

**TYLER ALLEN LAW FIRM, PLLC**

/s/ _____
Christina M. Locher
Attorney for Plaintiff Steven Bartel

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, including:

Eric C. Anderson
Sarah R. Anchors
Jason J. Boblick
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Jason_boblick@tempe.gov
Attorneys for Defendant

/s/Christina M. Locher