ERIC C. ANDERSON #016114
SARAH R. ANCHORS #025344
JASON J. BOBLICK #026507
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov
Jason_Boblick@tempe.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Bartel, | Case No. 2:24-cv-02519-MTM |
| Plaintiff, | Reply in Support of Motion to Extend Dispositive Motions and Rule 16(e) Deadlines |
| v. | |
| The City of Tempe, an Arizona Municipal Corporation, | (Second Request) |
| Defendant. | |

Defendant City of Tempe, through undersigned counsel, replies in support of the Motion. While Plaintiff opposes the motion, he did not transmit that opposition to undersigned counsel until filing the opposition. Nor did Plaintiff respond to the latest settlement counteroffer until 1:11 p.m. Accordingly, Defendant is filing a dispositive motion today but reserves the right to supplement and amend in a filing Monday with the outstanding declarations and reflecting any modifications required by such declarations,

which defense counsel has been diligently working to obtain (including from a retired employee).

RESPECTFULLY SUBMITTED this 24th day of July, 2026.

/s/ Sarah R. Anchors
Sarah R. Anchors
Jason J. Boblick
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically transmitted the attached document to the Clerk's office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing and a true and correct copy of the foregoing was served on the following CM/ECF registrants:

Anjali J. Patel
Christina Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff*

*/s/ Cheongsil Byun*