# Exhibit 1

Declaration of Marie Raymond, to be supplemented