# Exhibit 2



**Tempe**
Human Resources

# Temporary Employee Agreement

**SUPERVISOR:** (Please complete this section **PRIOR** to providing packet to New Hire)

I acknowledge that the employee below is being hired as a non-seasonal, temporary employee and that it is my responsibility to schedule and monitor work hours for this employee. Temporary employees must be paid at overtime rates for any work week (Mon – Sun) where they work in excess of 40 hours. Temporary employees are not eligible for compensatory time. Temporary employment is not to exceed 24 months unless approved by the Internal Services Director. (Personnel Rule 3.G)

EMPLOYEES NAME: **Steven Bartel**          START DATE: 8 / 8 / 22

COST CENTER: **2912**      DEPARTMENT: **Human Services**

EMPLOYEES WORK SCHEDULE:
(Please provide details of the intended work schedule)

Monday & Tuesday  9am - 5pm (30 min lunch)

Wednesday & Thursday 9am - 4:30pm (30 min lunch)

Nicole Burner                    *Nicole Burner*                7 / 28 / 22
Supervisor Name (printed)          Supervisor Signature              Date

**EMPLOYEE:**

I understand that I am being hired to work as a temporary, non-benefitted, unclassified/at-will employee for the City of Tempe. Temporary employment is not to exceed 24 months unless it is approved.

*Steven Bartel*                    8 / 1 / 2022
Employee Signature          Date

COT_BARTEL_000258