# Exhibit 3

Declaration of Nicole Burner, to be supplemented