# Exhibit 4

## Declaration of Adrianne Ward

I, Adrianne Ward, aver as follows:

1.      I have personal knowledge of the matters herein, I am competent to testify if called as a witness, and am duly authorized to make this declaration.

2.      I am a Senior Human Resources analyst for the City of Tempe.

3.      Attached hereto and labeled COT_BARTEL_000266 - 000267  is a complete and accurate copy of the Automated Personnel Action Request (a "PAR") for hiring Steve Bartel, approved by Nicole Burner, her supervisor Marie Raymond, and Raymond's supervisor Naomi Farrell. I approved the PAR for hiring him as well.

4.      Attached hereto and labeled COT_BARTEL_000636, is a complete and accurate copy of the email that I sent Elva Rios-Chavez to forward to Rebecca Strisko.

5.      After Mr. Bartel's employment was terminated, Ms. Rios-Chavez and I continued to complete our investigation of his complaints. We concluded that there was no discrimination against him because he is a man.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 24, 2026.

/s/ *Adrianne Ward*



New Window | Help

## Automated Personnel Action Request

| PAR ID: | 53825 | Hire | PAR Status: | L | Applied | Applied: | 08/02/2022 12:14:13.000000PM |
| Action: | HIR | Hire | Reason Code: | HIR | Hire | Created: | 07/28/2022 |
| | | | | | | Originator: | NICOLEBU |

Empl ID: 26720   *Name: Bartel, Steven

### Current Job Information

| | | Reg Temp: | Full Part: |
| Eff Date: | | | |
| Position: | | | |
| Job Code: | | | |
| Dept ID: | | | |
| Location: | | Posn Ovrd | |
| Hourly Rate: | | | |
| Union Code: | | | |
| Sal Plan: | Min: | | |
| Grade: | Max: | | |
| Std Hrs /Wk: | | | |

| | | |
| *Eff Date: | 08/08/2022 | *Reg Temp: T  *Full Part: P |
| Position: | | |
| *Job Code: | 990 | Temp Emp - Office (Non-Exempt) |
| *Dept ID: | 2912 | Experience Corps |
| *Location: | TEMPE | Posn Ovrd |
| Hourly Rate: | 24.000000 | |
| Union Code: | | |
| Sal Plan: P99 | Min: 12.800000 | |
| Grade: 990 | Max: 20.192000 | |
| *Stnd Hrs/Wk: | 40.00 | |

Work Title

### Compensation

| | Rate Code | Rate | Percent | Rate Code Group | |
| Memo | 1 NAHRLY | 24.000000 | | | 24.000000 |

Use Rate Code NAHRLY for base rate

30+ hrs/week for at least 12 months:  No  ?

Pref First Name

Address

☐ Employ App forward to HR

☐ Budget Approved

Withhold State Retirement: N

☐ Review in 5 Months

☐ Polygraph Required

☐ Commercial DL Required

☐ Photo ID Required

Dept Orient Date: [ ] 🗓

☐ Drivers License Required?

Next Review Date: [ ] 🗓

User ID: STEVENBA   Email: steven_bartel@tempe.gov

### Workflow

| Approve | Deny/Cancel | Recycle | Reassign To | ⌄ | Reassign | Save Only |

* Clicking a workflow button will save your changes(if any).

📂 Approval Status

## Department Approvals

### ▽ Par ID 53825: Approved

**Department Approvals**

| Approved | | Approved | | Approved |
| Nicole Burner | → | Marie Raymond | → | Naomi Farrell |
| Level 3 | | Level 2 | | Level 1 |
| 07/28/22 - 8:47 AM | | 07/28/22 - 12:27 PM | | 08/01/22 - 4:39 PM |

## HR Approval

### ▽ Par ID 53825: Approved

**HR Approval**

| Approved | | Approved |
| Adrianne Ward | → | Sara Thompson |
| Par Review | | Par Application |

COT_BARTEL_000266

|  |  |
|---|---|
| ✔ 08/01/22 - 4:40 PM | ✔ 08/02/22 - 12:14 PM |

Return to Search                                                    Add        Update/Display

**From:**  Rios-Chavez, Elva
**To:**  Strisko, Rebecca
**Subject:**  Bartel - comment
**Date:**  Friday, September 15, 2023 5:24:00 PM
**Attachments:**  image001.png
Note to File.msg

Rebecca,

After we concluded our meeting with Mr. Bartel, Adrianne asked him a question to kind of end the whole meeting on a happy note.  The question was something like – so what did you get your degree from and for what area of study, he said from ASU and in education.  Then Adrianne asked so what lead to you to work in HR.

Instead of answering that part of the questions he went on stating how much he loves his job.  Then he told us a story of how much the kids love him and how they love to touch his hair. He said specifically a "black kid" by the name of Jamal, who loved touching his hair.  He said that this kid has disciplinary issues and in order to get him to do his school work, as a reward, he will allow him to touch his hair.  He then said "that is what turns me on and that is why I love my job".  After this comment, he said that kids will always run up to him an hug him.

I was concerned to hear about the whole hair story, but when I heard "that is what turns me on and that is why I love my job" I was shocked.

Attach is Adrianne's note to file regarding Mr. Bartel's comments.

| | |
|---|---|
| **From:** | Ward, Adrianne |
| **To:** | Rios-Chavez, Elva |
| **Subject:** | Note to File |
| **Date:** | Friday, September 15, 2023 5:20:02 PM |

Note to file.

At the conclusion of the interview with Steve Bartel, I casually asked him if he went to ASU, notating the ASU cup and watch he was wearing at the time of the interview. Mr. Bartel said he had for both his undergraduate degree (elementary education) and graduate degree (management). Based on numerous references to his HR background as well as teaching background, I inquired about his prior work experience partially out of curiosity and partially out of a want to build rapport with him should we need to speak with him again. I asked him how he ended up in HR and he told us how he 'sold' himself as a personnel manager, though he had no experience, to a prosthetic company, no longer in business, and was able to stay one step ahead in his HR classes he was taking at the time, from there he went to Tuffs University in compensation and ultimately ended up working for a consulting company. He then moved to Illinois where he began teaching and retired form a small community in that state then ended up in AZ.

During this conversation, he explained how much he really enjoyed his current position with the City, and gave an example of a kid he worked with, specifying it was a black kid named Jamal who had disciplinary issues. The kid asked him if he could touch his hair and he replied sure of course. Then turned it into a game with the child telling him if you get your work done you can touch my hair. Then said, he'd ask him is my hair dirty or clean? As part of the game. He said that working with kids really turned him on and especially when they approached him for hugs.

The above was excluded from my notes because we had concluded the interview at the time this conversation occurred.

Regards,

*Adrianne Ward*

she | her | hers

Senior Human Resources Analyst
City of Tempe, Human Resources
480.858.2157 / Adrianne_Ward@tempe.gov

COT_BARTEL_000636