# Exhibit 7

ECFS Supervisor
O: 480-858-2456
C: 480-578-0246

  

**People** | **Integrity** | **Respect** | **Openness** | **Creativity** | **Quality** |**Diversity**

---

**From:** Bartel, Steven <Steven_Bartel@tempe.gov>
**Sent:** Wednesday, August 30, 2023 12:08 PM
**To:** Burner, Nicole <Nicole_Burner@tempe.gov>
**Cc:** Rios-Chavez, Elva <Elva_Rios-Chavez@tempe.gov>; Zeiger, Darcy <Darcy_Zeiger@tempe.gov>; Raymond, Marie <Marie_Raymond@tempe.gov>
**Subject:** Pamela Bell's Complaint Against Me

Hello Nicole, After our meeting last week, I was surprised to hear from Darcy yesterday that Pamela has made the claim that I was "verbally abusive" toward her on 8/17. She is looking for me to have to suffer some consequences. and is asking you for HR to investigate. To paraphrase, Darcy said that Pamela has decided to "escalate" the situation.

It is fact that the four of us met after the incident...you, Darcy, Pamela and me last week. Pamela made a special request that you be included in the meeting. Originally, just Pamela, Darcy and I were going to meet and try to resolve the incident, but you went with Pamela's request.

After individual meetings with you and Darcy, we all came together to discuss the incident, and two different perceptions of what occurred were presented and discussed. Then we all agreed we would move forward, and a strategy for doing so was also agreed upon.

During our meeting, I do not recall Pamela letting us know what I said to her that she considered verbally abusive. I don't recall you asking her what I said that was verbally abusive. I volunteered what she said to me.
...using direct quotes, describing her inappropriate tone and comments, what could be considered defiance of what our direct supervisor, Darcy, asked me to do.

Apparently, now Pamela reneged on our agreement and has now decided she is looking for some kind of punishment against me. Darcy informed me that she had requested HR to become directly involved and investigate.

It is fact that prior to letting me know about Pamela's escalation in her written complaint, it was decided to ask each staff member for a written statement about their individual perception regarding what occurred...from each witness, Rebecca, Karen and Candice. I understand this

COT_BARTEL_005298

"wriitten statement" approach was not suggested by HR.

To confirm that your requests for written statements from individual staff did not occur after or as a result of Pamela's complaint, please let me know the date and time stamp of Pamela's complaint and your email requesting the staff's individual perception to the incident.

For multiple reasons Nicole, I am concerned that you are or will be involved, in this investigation.They include  false allegations you made against me shortly after I met with HR. You weren't pleased that I met with HR. You might also recall stating to me that I "offended" you because I indicated to HR that the FLSA was not adhered to by you, in at least in one instance. I refuse to be complicit even in one just instance in the violation of the law. Also, you stated that it was me that made myself a "pariah" among the staff, quoting my concern in the email I sent to both you and Elva.  If I'm a pariah, how can that be possible? I kept everything between you, Darcy and HR. Following my meeting with HR and if, let's say,  you chose to say to some staff members something like..."Be careful what you say to Steve," then I could see why I would become a pariah among the staff. I would want this investigated.... retaliation for talking to HR? Creating a hostile work environment... isolating one staff member? I will share other reasons with HR and Marie, and I'm requesting Allie Burke attend as a witness and to take notes, if she will agree.

Also, it is fact that Pamela believes you are a "best friend" of hers. She brags about it to others in the office. Darcy, as you know, confirmed that to be true. Yet, you laughed it off. Had you not participated in the meeting last week, at only Pamela's sole request, I would believe that the "being best friends" wasn't a mutual feeling between you and Pamela. Now, I'm not sure. I informed you that I thought Darcy was being "undermined" by your last minute participation in and rescheduling Darcy's meeting with Pamela and me. The only reason for your participation is Pamela wanted you to be there. Undermining Darcy to accommodate Pamela's special request for you to be included was inappropriate. During the meeting, I believe several of your interpretations showed bias.

Pamela believes Candice is a best friend, too. She has said so to me with Candice present, and Candice did not disagree. I'm skeptical that any written statement she provides will be unbiased.

It is fact... You, Darcy, Pamela and I all agreed to push forward in a positive way and with respectful treatment of each other at the meeting last week. We agreed to follow the plan of action discussed in the meeting. Pamela, and only Pamela decided not to keep her word.

Finally, during the meeting, we also discussed two prior significant instances of public humiliation by Pamela directed specifically at me in front of numerous tutors. I brought those to your attention, one in September and one in February. Neither of those you said you recall ever occurring when we met last week, or that I had even talked to you about them after they occurred. When I did talk to you originally, your answers were somewhat dismissive anyway. I shared your verbal responses with you at the meeting last week. You never wrote anything down at the time for either instance, and you never talked to Pamela about here either incident. There are two, maybe three tutors that will recall what Pamela said in earshot of everyone at the New Tutor Follow-up training for 2nd semester '22 ...that her comment was derogatory and untrue and that it was directed at me specifically for all to hear. They were appalled. You were at that meeting.

COT_BARTEL_005299

I work with an all-female staff. I look back at the general lack of respect by all, with the exception of only one female staff member....There are similar and follow-up instances to the first one which occurred at the Christmas working luncheon and Secret Santa gift exchange. It occurred about five months before Darcy was hired as my current supervisor. This first of several other instances occurred approximately 250 calendar days ago. I want to talk to Marie and HR about the occurrence at the staff Christmas luncheon and party and other similar occurrences which occurred after the first one.

Regarding your approach of having staff members prepare written statements...well, having a more casual like discussion with the other three female witnesses I could have understood. But having some kind of formal written statement...If the idea is to make staff members uncomfortable and drive wedges between and among staff, then written statements are the way to proceed. Documented statements from staff will encourage a political element...those that currently believe Pamela receives special treatment from you, want to please you too, be their best friend, too? Get special consideration like they believe Pamela receives?... How do staff members view their written statements as anything other than their input, or a vote as to who will be disciplined? Did Pamela campaign for support the day of the incident? Did you hear what I heard her say about talking to others? I didn't and haven't campaigned or approached any staff members about the incident. How does this process build a team in a positive way, and pull the team together for that matter. It would be interesting to see the email requesting staff statements about the incident, or were they approached verbally? Individually?

I will be retaining an employmentattorney whether or not any adverse impact to me occurs...my hope is that I only need to use the attorney for consultation.

Nicole, Pamela's formalized complaint has now broadened the investigation.

I, too, am requesting HR investigate both your and Pamela's role in my treatment from December, 2022 forward, and to a lesser extent, the other staff over the same time period. Darcy Zeiger and Allie Burke have not participated in any unprofessional or disrespectful activities and behavior toward me as an individual or as a male.

As you may recall, I asked Elva to not investigate the FLSA violations I brought forward a couple months ago, in part, to protect the cohesiveness of the team. I recall Elva stating she represents the City.

I love the opportunity to work with the kids and retired tutors. I'm 69 years old. I have strong roots in Tempe. I first became a resident of Tempe is 1968. I was an elementary school teacher in TD3. My former 3rd grade students include former Mayor Mitchell and former Councilwoman Arredondo Savage.  My current supervisor, Darcy Zeiger, was a 5th grade student at Arredondo when I was teaching 5th grade at Arredondo, though she wasn't in my class. I get a thrill from the opportunity to be in our schools working directly with our retired tutors and sometimes directly with our youngest students. I've tolerated considerable disrespect at meetings and other situations or events to have this opportunity to do this work on behalf of Tempe. Financially, I don't need to do this work...I want

COT_BARTEL_005300

to!

As was done with me yesterday, at I would suggest you ask Darcy to notify Pamela of my counter complaint against her today.

Steve Bartel

Get Outlook for Android

COT_BARTEL_005301