# Exhibit 9

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
                                   )
STEVEN BARTEL,                     )
                                   )
              Plaintiff,           )
                                   )   2:24-CV-02519-MTM
   vs.                             )
                                   )
THE CITY OF TEMPE, an              )
Arizona Municipal                  )
Corporation,                       )
                                   )
              Defendant.           )
_____)
```

DEPOSITION OF ELVA RIOS-CHAVEZ

Phoenix, Arizona
September 11, 2025
2:00 p.m.

**REPORTED BY;**
Herder & Associates, LLC
Kristen Brown, RPR
Certified Court Reporter
AZ-CR No. 50708

29

comes from a department that is assigned to you, you get to decide, then, which witnesses to interview?

A.   Yes.

Q.   Do you get to decide whether or not to investigate a complaint?

A.   Based on the complaint.  I mean, yes, we follow up.

Q.   Would there be times where you don't investigate a complaint?

A.   The only time is if an employee withdraws the allegations.

Q.   Prior to Mr. Bartel withdrawing his complaints on the 20th or 21st, had you had an employee before withdraw a complaint?

A.   I don't remember.

Q.   The HR director at the time, who was that?

A.   Rebecca Strisko.

Q.   And Mr. LaVictoire reported directly to her in 2023?

A.   Yes.

Q.   Did you inform Mr. LaVictoire of Mr. Bartel's complaints that were discussed with you on Friday June 16th?

A.   Yes, because I asked him to run the report for Candice.

40

Q.   Did it direct people emailing you to contact somebody else in your absence?

A.   Yes.  It always has, If you need immediate assistance, please contact Lawrence LaVictoire.  And I provide the -- his phone number or the HR office and the phone number.

Q.   What was the purpose of the September 15th meeting with Mr. Bartel and Ms. Ward?

A.   The purpose was to address the concerns.  So the emails that he sent specifically to incidents with Employee Pamela.  Also, if I recall, it was the -- again, the workload, how he felt it was not fair the amount of work he had compared to the others.  There was events the staff attended, such as a Christmas party, birthday celebrations, shopping for gifts and some inappropriate behaviors from staff.

Q.   And where did you first learn about the Christmas party, the birthday, the shopping trip?

A.   I think he listed some of those concerns in his email, and then, obviously, we got more information during our meeting on the 15th.

Q.   So you think you learned about those from his August 30th or August 31st emails?

A.   Again, I don't recall the specifics.

Q.   But not earlier than August 30th?

60

Q.   Okay.  Do you remember what specific activity he was referring to when he stated that that is what excites him?

A.   Well, he started talking about and explaining about the hair touching and then the hugs, and then that's what he said.  So I don't know if it was specific to the hair or the hugging or both.

Q.   Did you interpret the comment, This is what excites me, to mean sexual arousal with respect to students?

A.   I just thought it was inappropriate.  I thought it was weird.  I thought it was -- that he would say something like that regarding the games and the hugging, and then saying something like that.

Q.   Okay.  Was the hair touching game more concerning to you than the other comments about hugging, or, This is what excites me?

A.   I think it was everything altogether.

Q.   Okay.  So after this is said, do you remember if the three of you have any additional conversations before you get up from the table and leave that HR conference room?

A.   No, we did not.  We ended it.

Q.   Do you recall, did you all three leave the conference room at the same time?

Q.   And, then, did you eat together in the office or separately?

A.   No, I believe I went back to my office.

Q.   Once you're back in your office, what do you do next?

A.   What did I do next?

Q.   Besides eating.

A.   Well, I believe I stepped away from my office. I don't recall the reason, but I remember when I came back, I was coming back, Adrianne had said, Rebecca wants to talk to us.  So then I went over to Rebecca's office, which is the HR director.

Q.   So you went to Rebecca Strisko's office?

A.   (Non-verbal answer.)

Q.   Was Ms. Ward in that office?

A.   Yes.

Q.   The three of you had a sit-down meeting in Ms. Strisko's office?

A.   Yes.

Q.   Do you remember about what time of the day it was at that point?

A.   It was late afternoon.

Q.   What did you discuss?

A.   She wanted to know -- because Adrianne had shared with her the comment at the end of the meeting,