# Exhibit 10

Declaration of Naomi Farrell, to be supplemented