# Exhibit 11

## Declaration of Rebecca Strisko

I, Rebecca Strisko, aver as follows:

1.      I have personal knowledge of the matters herein, I am competent to testify if called as a witness, and am duly authorized to make this declaration.

2.      I am the Director of Human Resources for the City of Tempe.

3.      On September 15, 2023, I learned from Adrianne Ward and Elva Rios-Chavez, senior HR analysts, that Steve Bartel used a reward game with a student that involved rewarding the student by allowing him to touch Bartel's hair and guess if it was dirty or clean. This interaction alarmed me. I immediately reached out to the Keith Burke, former community services department director and then deputy city manager and department director, Naomi Farrell. They expressed that it was contrary to how site supervisors are trained to interact with children and found it troublesome. Both supported termination. The plan was for Marie Raymond and I to obtain Bartel's response and if unsatisfactory, move forward with termination. Bartel's response was unsatisfactory and so termination proceeded.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 24, 2026.

/s/ *Rebecca Strisko*
Rebecca Strisko