# Exhibit 12

## **Declaration of Elva Rios-Chavez**

I, Elva Rios-Chavez, aver as follows:

1.      I have personal knowledge of the matters herein, I am competent to testify if called as a witness, and am duly authorized to make this declaration.

2.      I am a Senior Human Resources analyst for the City of Tempe.

3.      Attached hereto and labeled COT_BARTEL_000635-000636, is a complete and accurate copy of the email that I sent to Rebecca Strisko.

4.      Attached hereto and labeled COT_BARTEL_013655 is a complete and accurate copy of the Automated Personnel Action Request for terminating Mr. Bartel

5.      After Mr. Bartel's employment was terminated, Adrianne Ward and I continued to complete our investigation of his complaints. We concluded that there was no discrimination against him because he is a man. However, some of the incidents raised by Mr. Bartel were part of the HR disciplinary process as to whether Nicole Burner violated City Personnel Rules.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed July 24, 2026.

_____
Elva Rios-Chavez

**From:** Rios-Chavez, Elva
**To:** Strisko, Rebecca
**Subject:** Bartel - comment
**Date:** Friday, September 15, 2023 5:24:00 PM
**Attachments:** image001.png
Note to File.msg

Rebecca,

After we concluded our meeting with Mr. Bartel, Adrianne asked him a question to kind of end the whole meeting on a happy note.  The question was something like – so what did you get your degree from and for what area of study, he said from ASU and in education.  Then Adrianne asked so what lead to you to work in HR.

Instead of answering that part of the questions he went on stating how much he loves his job.  Then he told us a story of how much the kids love him and how they love to touch his hair. He said specifically a "black kid" by the name of Jamal, who loved touching his hair.  He said that this kid has disciplinary issues and in order to get him to do his school work, as a reward, he will allow him to touch his hair.  He then said "that is what turns me on and that is why I love my job".  After this comment, he said that kids will always run up to him an hug him.

I was concerned to hear about the whole hair story, but when I heard "that is what turns me on and that is why I love my job" I was shocked.

Attach is Adrianne's note to file regarding Mr. Bartel's comments.

| | |
|---|---|
| **From:** | Ward, Adrianne |
| **To:** | Rios-Chavez, Elva |
| **Subject:** | Note to File |
| **Date:** | Friday, September 15, 2023 5:20:02 PM |

Note to file.

At the conclusion of the interview with Steve Bartel, I casually asked him if he went to ASU, notating the ASU cup and watch he was wearing at the time of the interview. Mr. Bartel said he had for both his undergraduate degree (elementary education) and graduate degree (management). Based on numerous references to his HR background as well as teaching background, I inquired about his prior work experience partially out of curiosity and partially out of a want to build rapport with him should we need to speak with him again. I asked him how he ended up in HR and he told us how he 'sold' himself as a personnel manager, though he had no experience, to a prosthetic company, no longer in business, and was able to stay one step ahead in his HR classes he was taking at the time, from there he went to Tuffs University in compensation and ultimately ended up working for a consulting company. He then moved to Illinois where he began teaching and retired form a small community in that state then ended up in AZ.

During this conversation, he explained how much he really enjoyed his current position with the City, and gave an example of a kid he worked with, specifying it was a black kid named Jamal who had disciplinary issues. The kid asked him if he could touch his hair and he replied sure of course. Then turned it into a game with the child telling him if you get your work done you can touch my hair. Then said, he'd ask him is my hair dirty or clean? As part of the game. He said that working with kids really turned him on and especially when they approached him for hugs.

The above was excluded from my notes because we had concluded the interview at the time this conversation occurred.

Regards,

*Adrianne Ward*
she | her | hers
Senior Human Resources Analyst
City of Tempe, Human Resources
480.858.2157 / Adrianne_Ward@tempe.gov

COT_BARTEL_000636

New Window | Hel

**Automated Personnel Action Request**

**PAR ID:** 57547    **Terminate**    **PAR Status:** I    In Process

**Action:** TER Q Terminatn    **Reason Code:** UNS Q Unsat Perf    **Created:** 09/19/2023    **Originator:** NICOLEBU

**Empl ID:** 26720 Q *Name: Steven Bartel    #26720

### Current Job Information

*Eff Date: 09/19/2023    *Reg Temp: T    *Full Part: P

Position:

*Job Code: 990 Q    Temp Emp - Office (Non-Exempt)

*Dept ID: 1613    Q Experience Corps

*Location: TEMPE    Posn Ovrd

Hourly Rate: 24.000000
Union Code:
Sal Plan: P99    Min: 13.850000    Work Title
Grade: 990    Max: 20.192000
*Stnd Hrs/Wk: 40.00

Union Code:

**R**
Memo  Use Rate Code NAHRLY for base rate

### Compensation

| | Rate Code | Rate | Percent | Rate Code Group | |
|---|---|---|---|---|---|
| 1 | NAHRLY | 24.000000 | | | 24.000000 |

Pref First Name

Last Date Worked: 09/18/2023    ☑ Resig/Term Notice to HR

Dept Orient Date: ☐ Issued Property returned?

User ID: STEVENBA    Email: steven_bartel@tempe.gov

### Workflow

Approve    Deny/Cancel    Recycle    Reassign To [ ▾ ]    Reassign    Save Only

* Clicking a workflow button will save your changes(if any).

📁 Approval Status

## Department Approvals

▼ Par ID 57547:Approved

Department Approvals

| Approved | Approved | Approved |
|---|---|---|
| Nicole Burner Level 3 09/19/23 - 12:04 PM | Marie Raymond Level 2 09/19/23 - 12:29 PM | Naomi Farrell Level 1 09/20/23 - 8:03 AM |

## HR Approval

▼ Par ID 57547:Pending

HR Approval

Approved ST

| Pending | Not Routed |
|---|---|
| Multiple Approvers Par Review | Multiple Approvers Par Application |

Return to Search    Add    Update/Display

COT_BARTEL_013655