# Exhibit 13

**INTERROGATORY NO. 10:**

Identify every lawsuit or arbitration action to which you have been a party, including the parties to the action, the year the action commenced, where the action was commenced and the nature of the action.

**Response:  Plaintiff objects to this Interrogatory on the grounds that it is overly broad in time frame.  Without waiving stated objection, Plaintiff responds as follows:  Plaintiff has been a party to one (1) arbitration and one (1) lawsuit, excluding the present litigation.  The arbitration matter is described in Plaintifff's response to Interrogatory No. 6 above, and involved North Shore School District No. 112.**

**The prior lawsuit involving Plaintiff involved a residence that Plaintiff owned with his former wife within the River Oaks Homeowners Association in Lincolnshire, IL, Vernon Township, Lake County.  In approximately the early 2000s, the River Oaks Homeowners Association sued the Township and County to install an easement between two of the homeowners' properties on River Oaks Drive to connect the street to the Forest Preserve.  The County and Township's approval for the easement was granted without homeowner consent or the consent of the River Oaks Homeowners Association.  Ultimately, both the Township and County rescinded their approval for the easement.**

**INTERROGATORY NO. 11:**

Identify all of the damages that you claim in this action, including the nature of the damage and the calculation of damages.

**RESPONSE:  Plaintiff objects to this interrogatory on the grounds that this case is in the early stages of discovery, and Plaintiff has not yet quantified his damages, and expressly reserves the right to amend this response.  Subject to and without waiving the stated objections, Plaintiff responds as follows:  Plaintiff intends to seek damages for back pay, front pay, compensatory damages, damages for reputational harm, liquidated damages, punitive damages, attorneys' fees and interest, in an amount to be proven at trial.**

**INTERROGATORY NO. 12:**

Identify all of the bases for your claim that the City terminated your employment because you are male.

**RESPONSE: Plaintiff objects to this interrogatory on the grounds that this case is in the early stages of discovery, and expressly reserves the right to supplement this response. Subject to and without waiving the stated objections, Plaintiff responds as follows: Plaintiff was the only male employee in Defendant's Experience Corps. and routinely experienced discrimination on the basis of sex as detailed in the operative Complaint in this matter. Those instances of discrimination invariably included explicit reference to male genitalia by Plaintiff's supervisor(s), often in public settings, and to Plaintiff's knowledge, he was the only employee who reported such discrimination to Human Resources. Prior to completing its investigation into Plaintiff's complaints, Plaintiff was terminated, in retaliation for same, and because he is male.**

## INTERROGATORY NO. 13:

Identify each of the individuals you contend were similarly situated to you and were not terminated, and describe how they are similarly situated.

**RESPONSE: Plaintiff objections to this Interrogatory on the grounds that it misstates Plaintiff's allegations as contained in the operative Second Amended Complaint. Plaintiff has alleged that similarly situated, female Experience Corps. tutors were treated more favorably, received lesser schedules and assignments and lighter caseloads (see Second Amended Complaint ¶125 – 126). Plaintiff's similarly situated female colleagues were also not subjected to humiliating, condescending or accusatory public remarks by management, as Plaintiff was (see Second Amended Complaint ¶26, 28, 91), and were not ultimately terminated based upon false allegations or participation in protected activities.**

## INTERROGATORY NO. 14:

Identify all of the bases for your claim that the City discriminated against you because you complained on or about June 16, 2023 of FLSA violation(s), as alleged in paragraph 140 of the Second Amended Complaint.

**RESPONSE: Plaintiff objects to this Interrogatory on the grounds that this case is in the early stages of discovery, and expressly reserves the right to supplement this response.**