# Exhibit 14

A PROUD PROGRAM PARTNER OF

**AARP** Foundation
**Experience Corps**

Tempe
Human Services

# *Frequently Asked Questions*

1.  *Can I bring materials that I used when I taught, or materials that I used with my own grandchildren or materials that I found that pertain to reading and literacy skills?*

    **Our program materials have been approved by the school districts and we have been advised not to bring other materials into the schools.**

2.  *What materials are considered religious in nature, for example, can I use a Santa Claus book?*

    **The school districts have strict policies regarding materials, books, references that might be religious in nature or might be misinterpreted. Overall we must be careful not to impose our beliefs or make a child uncomfortable. The children come from a variety of backgrounds and cultures and we need to be respectful of those differences. If you are unsure, ask the Experience Corps staff.**

3.  *Can I bring food or stickers or crayons for my students?*

    **Your time is the treat, and under no circumstances can you bring in food for a student nor purchase anything from a vending machine or give the student any money. Our program does not use stickers etc.. to reward progress. The student's sense of pride is the best motivational tool, in addition to your encouragement.**

4.  *If my student needs to use the restroom and asks for my help, can I enter the restroom? If the children's restroom is the closest restroom, can I use it?*

    **Under no circumstances can you enter the children's restroom. If the child needs assistance you will bring him/her back to his/her classroom.  There are designated adult restrooms for your use.**

5.  *What do I do if a child gives me a hug or wants to sit really close to me?*

    **Minimize physical contact with the children. You can sit side by side but make sure there is space between you. If a hug is initiated by the child, you can lightly hug back.**

COT_BARTEL_000954