# Exhibit 1

**<u>Declaration of Marie Raymond</u>**

I, Marie Raymond, aver as follows:

1.      I have personal knowledge of the matters herein, am competent to testify if called as a witness, and am duly authorized to make this declaration.

2.      I am a Community Health and Human Services Program Manager for the City of Tempe (the "City"). I started working for the City in 2015, with the title Education Coordinator and my title has changed over the years. I was a Human Services Manager in fiscal year 2023, and an Education, Career & Family Services Manager in fiscal year 2024. In fiscal year 2024, I directly reported to Naomi Farrell, until she retired in October 2023.

3.      The City's AARP Foundation Experience Corps (the "Program") is a partially grant-funded program (the grant funding amount has varied) for seniors to volunteer to tutor children in first through third grades at elementary schools to help raise their reading skills to grade-level.

4.      To operate the Program, the City hires site specialists, some full-time and others part-time, to oversee the tutoring at the schools and complete other assigned  duties to operate the Program.

5.      On or about September 15, 2023, Ms. Farrell relayed to me that Bartel had disclosed to HR a reward-game with a student touching Bartel's hair as a reward for participating in the tutoring session. This was the first I had heard of this. Ms. Farrell relayed to me that she, Rebecca Strisko, HR director, Keith Burke, former Community Services Department Director and now deputy city manager, had agreed that Bartel's actions were inappropriate and termination was appropriate. I agreed that his actions were an unacceptable violation of the Program rules regarding limiting touch with students and that termination was appropriate.

6.      I directed Nicole Burner to initiate the HR paperwork to terminate Bartel's employment. I electronically approved the "termination PAR".

7.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 27, 2026

*Marie Raymond*

Marie Raymond