# Exhibit 3

## Declaration of Nicole Burner

I, Nicole Burner, aver as follows:

1.      I have personal knowledge of the matters herein, am competent to testify if called as a witness, and am duly authorized to make this declaration.

2.      I was a senior coordinator until January 2023 and then supervisor in the Office of Education, Career and Family Services for the City of Tempe.

3.      Attached hereto and labeled COT_BARTEL_000017 is the description for the site specialist position for which Bartel was hired.

4.      In the 2022/23 and start of the 2023/24 school years, the City's AARP Foundation Experience Corps (the "Program") had six site specialists, including Steve Bartel. Each oversaw tutoring at one or more schools and completed some related tasks. Mr. Bartel, working 29 hours a week, did not have any other regular duties aside from those set forth in COT_BARTEL_000017. He volunteered to organize the book room and inventory books over the summer when tutoring sessions were not occurring. In 2022/23, Candice Heath was the lead site specialist and was charged with overseeing daily operations of the program. Her duties included helping to train tutors and site specialists, overseeing prospects in the database for potential new tutors, and planning information sessions for tutor recruitment. Rebecca Alvarez was the family engagement specialist, in charge of increasing family participation in the program, creating lesson plans, researching and ordering books, literacy kits and other supporting materials. She also created parent newsletters and presentations. Pamela Bell had the administrative duties of maintaining files, vetting tutors and making sure all the fingerprinting was done. Karen McNally was the data analyst who gathered and evaluated data and produced data reports. This included creating surveys to measure tutor, parent and principal satisfaction with the program and attending AARP Foundation meetings, and creating databases of volunteer contracts and student placements. Allie Burke was the library specialist, which involved revamping our book inventory and aligning it with the district as well as meeting with staff and stakeholders for book orders and literacy events.

5.      The document attached to this declaration labeled COT_BARTEL_000954 is an excerpt of our training for site specialists and tutors.

6.      The document attached at COT_BARTEL_0000061 - COT_BARTEL_0000069 is the Volunteer and Youth Protection Policy for the Program, which Steven Bartel signed, which states on page COT_BARTEL_0000065, "Physical touch is limited to holding a child's hand, an encouraging pat on the back, or returning a gesture, such as a hug, that a child offers."

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 27, 2026.

*Nicole M. Burner*

Nicole Burner

# CITY OF TEMPE
## Temporary Employment Opportunity

Tempe
Human Services

---

Human Services · Education, Families & Community Support · 715 West 5th Street, Tempe, AZ 85281 · (480) 350-5554

---

## Site Specialist - Experience Corps

---

**AARP Foundation Experience Corps is a literacy program that pairs highly trained volunteer tutors with 1st – 3rd graders in the Tempe Elementary School District #3 to improve students' reading skills. Tutoring occurs in person, online, during school, and after school hours.**

**Hourly Wage:**     $24.00

**Opening Date:**     July 1, 2022

**Closing Date:**     Open until the needs of the City are met

**Note to applicants: This is a temporary, non-benefitted position.**

**Work Schedule:**
- This position is part-time, 29 hours per week
- Work schedule is Monday – Thursday, both in school and after school hours, as well as occasional evenings, Fridays, and Saturdays; schedule is based on the needs of the program

**Education and Experience:**
- Highly qualified candidates will possess a degree or certificate in a youth-related field such as education or child development. Preferred candidates may be seeking such degrees and/or have a minimum of one year of related work experience

**Licenses/Certifications:**
- Requires the possession of a valid Arizona driver's license
- Requires the possession of, or ability to obtain a Level One Fingerprint Clearance Card through the Arizona Department of Public Safety within 30 days of hire

**Essential Job Functions:**
- Actively support and uphold the City's stated mission and values; represent Experience Corps in a positive light
- Oversee volunteers to include recruitment, screening, scheduling, weekly on-site observation, monitoring, evaluation, coaching, and monthly meetings
- Manage and support tutors at multiple school locations, including in-person and in the virtual setting
- Coordinate site schedules and student selection with Tempe Elementary literacy coaches

COT_BARTEL_000017

- Participate in training, committee work, and events in areas of literacy and diversity; network with partners and stakeholders
- Manage program files, supplies, materials, and tutoring space
- Collect, track, and enter student tutoring sessions and volunteer timesheets in program database
- Perform related duties as assigned

**Knowledge and Skills:**
- Ability to utilize various computer programs and systems; e.g., MS Office Suite products, Google Classroom, Zoom, WebEx
- Organized; works well independently and in a team setting; prioritizes tasks to meet deadlines
- Ability to communicate effectively with all ages and cultural backgrounds, both verbally and written
- Knowledge of reading and literacy development is a plus

**Applicant Requirement:**
Requires successful completion of selection process, completion of background investigation and verification of identity/work authorization.

**SUBMIT APPLICATION TO:**
**City of Tempe, Human Services Department**
**By email: Nicole_burner@tempe.gov**

**For questions, please contact:**
**Nicole Burner, Sr. Social Services Coordinator**
**(480) 858-2456**
**Nicole_burner@tempe.gov**

**EQUAL EMPLOYMENT OPPORTUNITY***: The City of Tempe is an Equal Opportunity / Reasonable Accommodation employer.  The City does not discriminate on the basis of race, color, gender identity, sexual orientation, religion, national origin, familial status, age, disability, and United States military veteran status.  Pursuant to the Americans with Disabilities Act, the City will make a reasonable accommodation(s) during the recruitment & selection process.  Persons with a disability may request a reasonable accommodation by contacting Human Resources at 480-350-8276.  Requests should be made as early as possible to allow time to arrange the accommodation.*

Revised 04/18/18

COT_BARTEL_000018

A PROUD PROGRAM PARTNER OF
**AARP** Foundation
**Experience Corps**

Tempe.
Human Services

# *Frequently Asked Questions*

1. *Can I bring materials that I used when I taught, or materials that I used with my own grandchildren or materials that I found that pertain to reading and literacy skills?*

   **Our program materials have been approved by the school districts and we have been advised not to bring other materials into the schools.**

2. *What materials are considered religious in nature, for example, can I use a Santa Claus book?*

   **The school districts have strict policies regarding materials, books, references that might be religious in nature or might be misinterpreted. Overall we must be careful not to impose our beliefs or make a child uncomfortable. The children come from a variety of backgrounds and cultures and we need to be respectful of those differences. If you are unsure, ask the Experience Corps staff.**

3. *Can I bring food or stickers or crayons for my students?*

   **Your time is the treat, and under no circumstances can you bring in food for a student nor purchase anything from a vending machine or give the student any money. Our program does not use stickers etc.. to reward progress. The student's sense of pride is the best motivational tool, in addition to your encouragement.**

4. *If my student needs to use the restroom and asks for my help, can I enter the restroom? If the children's restroom is the closest restroom, can I use it?*

   **Under no circumstances can you enter the children's restroom. If the child needs assistance you will bring him/her back to his/her classroom.  There are designated adult restrooms for your use.**

5. *What do I do if a child gives me a hug or wants to sit really close to me?*

   **Minimize physical contact with the children. You can sit side by side but make sure there is space between you. If a hug is initiated by the child, you can lightly hug back.**



**AARP Foundation**
**EXPERIENCE CORPS**
Guiding the next generation of readers

# Volunteer and Youth Protection Policy ("Policy")

AARP Foundation, and its Experience Corps program (EC) are committed to providing volunteering and learning environments that promote proper and peaceful civil behaviors, and implement policies that protect volunteers and youth from abuse and hostile environments.

Experience Corps program locations should be free of all forms of abuse, assault, harassment, and disruptive or hostile conduct, including sexual misconduct. AARP Foundation does not tolerate behaviors that may discriminate against others.

## Purpose of Policy

1. *Ensure a safe and secure environment for volunteers*

2. *Ensure a safe and secure environment for students*

3. *Ensure confidentiality of program and student information*

4. *Provide a system of response to potential incidences of harassments, abuse and/or misconduct*

## 1. A SAFE AND SECURE ENVIRONMENT FOR VOLUNTEERS

*All Experience Corps program volunteers are expected to comply with policies on civil behavior and misconduct described here. The information that follows is designed to provide a clear understanding of expectations and outcomes; as well as provide for the protection of volunteers with regard to proper conduct.*

### Workplace Inclusion & Diversity

It is AARP Foundation's policy that everyone will have a volunteer environment free from discrimination and harassment. We are firmly committed to equal opportunity and prohibit discrimination and harassment on the basis of race, ethnicity, religion, sex, color, national origin, age, sexual orientation, gender identity or expression, mental or physical disability, genetic information, or on any other basis prohibited by applicable law.

COT_BARTEL_000061

## A Culture of Respect

Volunteers are expected to foster an environment of positive interaction and respect, promoting fairness and tolerance within the organization. Volunteers should take a proactive approach to challenges, be ready and eager to engage in learning and professional development opportunities, and maintain an appropriate demeanor while serving in a tutoring environment.

## Harassment, Sexual Harassment

AARP Foundation Experience Corps volunteers at all levels will have an environment free from harassment. Whether verbal or physical, and whether committed by, or directed at, Experience Corps staff, volunteers, school personnel or children, harassment will not be tolerated within the Experience Corps program

### Harassment

Harassment can include negative or demeaning comments or actions related to an individual's race, color, sex, sexual orientation, gender identity or expression, marital status, religion, national origin, ancestry, citizenship status, age, physical or mental disability, veteran status or any other category protected by law. It also can include slurs and other offensive remarks, jokes, bullying and intimidating behavior, and other verbal, graphic or physical conduct.

While not all behavior in poor taste will constitute harassment, if the behavior is sufficiently severe and pervasive, so that it becomes abusive, it could constitute harassment.

Harassment usually implies the conduct was repeated; however, depending upon the facts and circumstances, a single egregious act can constitute harassment.

### Sexual Harassment

Sexual harassment includes unwelcome sexual advances, requests for sexual favors, and other verbal and physical contact of a sexual nature.

Some examples of conduct that might contribute to creating a hostile environment are:

- Comments on appearance, physical attributes, personal relationships and/or personal activities
- Sexually oriented verbal (whether oral or in writing) or nonverbal kidding, joking or teasing
- Distributing or exhibiting pornographic pictures or cartoons or other materials dealing with issues related to sexual relations or issues
- Using obscene gestures
- Pressure for dates
- Threats or insults related to sex
- Staring or ogling that causes humiliation or discomfort

COT_BARTEL_000062

Sexual harassment can also take the form of insults regarding gender roles. This includes references to one's ability to perform work, how tasks are assigned, or a stereotyped view of what a person ought to do based on his/her sex.

Procedures for filing a complaint can be found in section 4 of this document.

## 2. A SAFE AND SECURE ENVIRONMENT FOR STUDENTS

*AARP Foundation Experience Corps places the safety of children as its highest priority. In support of this, volunteers must undergo rigorous background testing prior to any interactions with children in the schools. Additionally, AARP Experience Corps volunteers are required to follow the interaction guidelines as detailed below for the protection of both the child as well as the volunteer.*

### Sexual Abuse and Molestation Prevention Policy

AARP Foundation has a zero tolerance policy towards sexual abuse or molestation at the Experience Corps program sites, or at any activity sponsored by or related to it. Child sex abuse is a form of child abuse in which an adult or older adolescent uses a child for sexual stimulation. The offense of child sex abuse takes various forms like asking or pressuring a child to engage in sexual activities, indecent exposure of the genitals to a child, displaying pornography to a child, actual sexual contact against a child, physical contact with the child's genitals, viewing of the child's genitalia without physical contact, or using a child to produce child pornography.

If a volunteer is suspected of abuse of a child they will be placed on immediate suspension pending an investigation by an internal team or 3rd party. If a volunteer witnesses an Experience Corps program volunteer or staff member abusing a child, he/she shall follow the procedure as described in section 4 of this document.

### Comprehensive Volunteer Screening Process – Background check policy

Individual background checks serve as an important part of the AARP Foundation Experience Corps on-boarding process of employees and volunteers working with vulnerable populations. Background information is reviewed as a means of promoting a safe environment for current and future students, volunteers, and employees. Conducting background checks also ensures that we are meeting the necessary requirements and guidelines to provide services to the students and children we serve, as well as the older adults we engage in our work. All volunteers undergo a comprehensive screening process; volunteers who serve under a federal CNCS (Corporation for National and Community Service) program – such as AmeriCorps and some Senior Corps programs – may be subject to additional requirements. Both are outlined below, Experience Corps local program staff can provide additional details.

### Volunteers Subject to the CNCS National Service Criminal History Check (NSCHC):

The background checks and associated procedures are required by law for certain CNCS grantees. Volunteers subject to the NSCHC may include, but are not limited to those who serve under AmeriCorps and the Senior Demonstration Program. Find out more here: http://www.nationalservice.gov/sites/default/files/resource/faqs.pdf). In addition to the NSCHC requirements:

COT_BARTEL_000063

1. Every volunteer must have two reference checks completed.  Reference checks only need to be completed once.
2. The National Sex Offender Public Website (NSOPW) check must be run every year for every volunteer.
3. The Experience Corps volunteer may also be subject to additional checks as required by the local school district.

## Volunteers NOT subject to the CNCS NSCHC regulations

If a volunteer is not subject to the NSCHC, the following rules apply:
1. Every volunteer must have two reference checks completed.  Reference checks only need to be completed once.
2. The National Sex Offender Public Website (NSOPW) check must be run every year for every volunteer.
3. Both an FBI and State repository check must be run for each volunteer at least once every 4 years.  This can be completed in the following two ways:
    a.  The school district may run the checks for the Experience Corps volunteers.
    b.  The Experience Corps program staff may coordinate the checks.
4. The Experience Corps volunteer may also be subject to additional checks as required by the local school district.

## Clearance

- Failure to clear the National Sex Offender Registry will disallow participation in or will result in automatic dismissal from the Experience Corps Program.
- Convictions of murder, assault/battery, child abuse, and sexual assault will also preclude volunteering for or result in termination of volunteer services to the Experience Corps Program.
- (option of adding local state/district requirements here if necessary)

Failure to clear other background checks may not automatically result in immediate dismissal as a volunteer.  Instead, the following factors may be taken into consideration before making a final determination regarding fitness for participation in the Experience Corps Program, which shall be at the sole discretion of the Experience Corps Program:

- The significance of risk reported in a personal or professional reference
- The status of a criminal or civil charge (pending or convicted)
- The length of time since a criminal or civil conviction
- The nature of the crime
- The relationship between the job to be performed and the crime committed
- The number of convictions
- Rehabilitation efforts and recommendations
- Subsequent employment history

## Volunteer/Student Interaction Guidelines

Youth  and  Volunteer  Protection  Policy

AARP  Foundation  09/2016

COT_BARTEL_000064

- **Avoid being alone with a child at any time.** AARP Foundation Experience Corps volunteers must stay within a line of sight of staff or other adults while with a child.

- **Follow the rule of three when accompanying children to the restroom.** When you must take a child to the restroom, take groups of at least three. Stay outside the restroom at all times.

- **Never touch a child on any part of the body that a swimsuit covers.** Physical touch is limited to holding a child's hand, an encouraging pat on the back, or returning a gesture, such as a hug, that a child offers.

- **Physical discipline is prohibited.** Under no circumstances may an AARP Experience Corps volunteer physically discipline a child.

- **Verbal and/or physical bullying is prohibited.**

- **Do not contact children outside of school via phone, e-mail, text, or direct contact.** An AARP Foundation Experience Corps volunteer should not contact a child outside of school. Limit interactions with those children to those directed by AARP Foundation Experience Corps staff and authorized school personnel.

## 3. CONFIDENTIALITY OF INFORMATION

Volunteers must protect proprietary and confidential information, even after they leave the AARP Foundation Experience Corps program. Volunteers shall not disclose or provide access to confidential information obtained or developed in the course of volunteering unless instructed to do so by AARP Foundation. Volunteers shall not disclose or provide access to confidential information obtained or developed in the course of volunteer work to anyone other than those who have a legitimate business need to know such information and are bound by an obligation to keep it confidential. These requirements apply to all forms of confidential information, whether electronic or hard copy.

Additionally, it is critical that volunteers respect the confidentiality of student information. No information pertaining to student information obtained by volunteering may be disclosed outside of the AARP Foundation Experience Corps program without express written permission of parent or guardian and direction from AARP Foundation.

## 4. SYSTEM OF RESPONSE

### Harassment or other inappropriate behavior

If you believe you are a victim of harassment or sexual harassment as a volunteer of the Experience Corps program, or believe you have witnessed the harassment, sexual harassment or other inappropriate behavior toward or by an Experience Corps volunteer, you must file a written report to your Program Director or other Experience Corps Manager, as well as to the Director of Field Services as soon as possible following any incident. Your report should include the dates and details of the incident(s), the names of the individuals involved, and the names of any witnesses. Experience Corps will promptly undertake an internal investigation of the notification, and notify the appropriate authorities as required by law. All reports, specifically those involving children, will be taken seriously.

COT_BARTEL_000065

Should a parent, student, teacher, principal, or other school district staff member wish to file a complaint, they may do so following the same report procedure.

Reports should be directed to:

**(local program information)**

## Suspected abuse of a child

If a volunteer member, in his or her official capacity, *suspects* or *has reason to believe* that a child has been abused or neglected, or has knowledge of, or observes a child being subjected to, conditions that would reasonably result in harm to the child, the volunteer member **must** report to the child's teacher or appropriate school personnel, *as well as* their AARP Foundation Experience Corps team leader and/or project director their suspicions and/or knowledge. In all instances, volunteers may report their suspicions to the appropriate state agency and/or authority. All states provide some form of immunity from liability for persons reporting suspected abuse in good faith and without malice.

*Additional requirements on mandatory reporting of child abuse may be imposed based on applicable state laws. Information and training specific to your state will be provided by your local program staff.*

*Refer to www.childwelfare.gov for more information.*

## Retaliation

AARP Foundation prohibits intimidation, harassment, discrimination or retaliation against those who, in good faith, come forward with concerns about suspected misconduct or participate in investigations. This applies even if the concern is not substantiated.

## Administration

All inquiries, complaints, and investigations are treated confidentially. Information will be revealed strictly on a need to know basis. The procedures available under this policy do not preempt or supersede any legal procedures or remedies otherwise available under state or federal law.

## Additional Contact Information

Experience Corps program volunteers may contact the AARP Foundation, Experience Corps Program National Office at any time with concerns at the following:

Director of Field Services – Experience Corps Program
AARP Foundation
601 E Street, NW
Washington, DC 20049
Email: experiencecorps@aarp.org

COT_BARTEL_000066

## Acknowledgement

I acknowledge that I have read and understand the above written Volunteer and Youth Protection Policy, have had the opportunity to ask clarifying questions, and agree to all terms.

Volunteer Signature: _____

Printed Name: _____STEVEN  BARTEL_____

Date: _____9/5/19_____

COT_BARTEL_000067

## Acknowledgement

I acknowledge that I have read and understand the above written Volunteer and Youth Protection Policy, have had the opportunity to ask clarifying questions, and agree to all terms.

Volunteer Signature:

Printed Name:    STEVE BARTL

Date:    11/9/2020

Youth  and  Volunteer  Protection  Policy

AARP  Foundation  09/2016

COT_BARTEL_000068

Director of Field Services – Experience Corps Program
AARP Foundation
601 E Street, NW
Washington, DC 20049
Email: experiencecorps@aarp.org

## Acknowledgement

I acknowledge that I have read and understand the above written Volunteer and Youth Protection Policy, have had the opportunity to ask clarifying questions, and agree to all terms.

Volunteer Signature:_____

Printed Name:_____STEVEN BARTEL

Date:_____9/14/21

Youth and Volunteer Protection Policy

AARP Foundation 09/2020

COT_BARTEL_000069