# Exhibit 10

**<u>Declaration of Naomi Farrell</u>**

I, Naomi Farrell, aver as follows:

1.      I have personal knowledge of the matters herein, am competent to testify if called as a witness, and am duly authorized to make this declaration.

2.      I was the director of the City's Office of Education, Career and Family Services. I retired in October 2023. In my role, I supervised Marie Raymond, among others. I reported directly to Keith Burke, deputy city manager.

3.      In September 2023, I received a phone call from the City's human resources director, Rebecca Strisko. She informed me that Steve Bartel, a temporary, part-time site specialist with the City's AARP Foundation Experience Corps (the "Program"), had a reward-game with a student in the tutoring program. The reward was that the student could touch Bartel's hair. This was the first time I had heard of Bartel – or anyone else – allowing and encouraging a child to touch his hair. That type of interaction between an employee and a child in one of our programs is inappropriate and contrary to our rules about limiting touch in such situations. It presented a problem for the department because of possible liability.

4.      I mutually agreed with Rebecca Strisko and Keith Burke that we were concerned about Mr. Bartel's actions and the next step would be termination. I spoke with Ms. Raymond who agreed termination was proper as well. I electronically signed the PAR (personnel action request) to terminate.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 27, 2026.

 /s/ *Naomi Farrell*_____
Naomi Farrell